# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

_____x

YALE NEW HAVEN HEALTH SERVICES CORPORATION,

        Plaintiff,

        v.

PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CT, INC., PROSPECT ECHN, INC. D/B/A EASTERN CONNECTICUT HEALTH NETWORK, PROSPECT ROCKVILLE HOSPITAL, D/B/A THE ROCKVILLE GENERAL HOSPITAL, PROSPECT MANCHESTER HOSPITAL, INC. D/B/A THE MANCHESTER MEMORIAL HOSPITAL, PROSPECT WATERBURY, INC. D/B/A THE WATERBURY HOSPITAL, PROSPECT CT MEDICAL FOUNDATION, INC. D/B/A EASTERN CT MEDICAL PROFESSIONALS AND ALLIANCE MEDICAL GROUP, PROSPECT ECHN HOME HEALTH, INC. D/B/A VISITING NURSE AND HEALTH SERVICES OF CONNECTICUT, CARDIOLOGY ASSOCIATES OF GREATER WATERBURY LLC, PROSPECT CT MANAGEMENT SERVICES, INC. D/B/A MEDICAL PRACTICE PARTNERS, HEALTHCARE STAFFING ON DEMAND LLC, PROSPECT WATERBURY AMBULATORY SURGERY, LLC AND PROSPECT WATERBURY HOME HEALTH, INC. D/B/A VNA HEALTH AT HOME,

        Defendants.

_____x

Case No.: 3:25-cv-00105

Honorable Sarah F. Russell

January 27, 2025

## DEFENDANTS' MOTION TO TRANSFER THIS ACTION TO THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS

Pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 7087, or, in the alternative, 28 U.S.C. § 1404(a), Defendants Prospect Medical Holdings, Inc., Prospect CT, Inc., Prospect ECHN, Inc.

**ORAL ARGUMENT REQUESTED**

d/b/a Eastern Connecticut Health Network, Prospect Rockville Hospital, Inc. d/b/a The Rockville General Hospital, Prospect Manchester Hospital, Inc. d/b/a The Manchester Memorial Hospital, Prospect Waterbury, Inc. d/b/a The Waterbury Hospital, Prospect CT Medical Foundation, Inc. d/b/a Eastern CT Medical Professionals and Alliance Medical Group, Prospect ECHN Home Health, Inc. d/b/a Visiting Nurse and Health Services of Connecticut, Cardiology Associates of Greater Waterbury, LLC, Prospect CT Management Services, Inc. d/b/a Medical Practice Partners, Healthcare Staffing On Demand, LLC, Prospect Waterbury Ambulatory Surgery, LLC, and Prospect Waterbury Home Health, Inc. d/b/a VNA Health at Home (collectively, "Defendants"), hereby move for an order transferring the above-captioned action to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, to be adjudicated alongside the Defendants' chapter 11 cases, which have been pending since January 11, 2025, and are being jointly administered under main case *In re Prospect Medical Holdings, Inc.*, Ch. 11 Case No. 25-80002 (SGJ) (Jointly Administered). The grounds for this motion are fully set forth in the memorandum of law in support of this motion, together with the accompanying Declaration of Robert S. Friedman in support, which are filed concurrently herewith.

                Respectfully submitted,

                By: */s/ Robert S. Friedman*
                Robert S. Friedman (ct31256)
                Danielle Vrabie
                Joshua I. Schlenger
                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                30 Rockefeller Plaza
                New York, NY 10112-0015
                (212) 653-8700
                rfriedman@sheppardmullin.com
                dvrabie@sheppardmullin.com
                jschlenger@sheppardmullin.com

                Amy P. Blume, Esq.

-3-

Bershtein, Volpe, & McKeon, PC 900 Chapel Street,
11th Floor New Haven, CT 06510
Juris # ct03821
Tel. # (203) 777-5800
apb@bvmlaw.com

*Counsel for Defendants*