## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| YALE NEW HAVEN HEALTH SERVICES CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CT, INC., PROSPECT ECHN, INC. D/B/A EASTERN CONNECTICUT HEALTH NETWORK, PROSPECT ROCKVILLE HOSPITAL, INC. D/B/A THE ROCKVILLE GENERAL HOSPITAL, PROSPECT MANCHESTER HOSPITAL, INC. D/B/A THE MANCHESTER MEMORIAL HOSPITAL, PROSPECT WATERBURY, INC. D/B/A THE WATERBURY HOSPITAL, PROSPECT CT MEDICAL FOUNDATION, INC. D/B/A EASTERN CT MEDICAL PROFESSIONALS AND ALLIANCE MEDICAL GROUP, PROSPECT ECHN HOME HEALTH, INC. D/B/A VISITING NURSE AND HEALTH SERVICES OF CONNECTICUT, CARDIOLOGY ASSOCIATES OF GREATER WATERBURY, LLC, PROSPECT CT MANAGEMENT SERVICES, INC. D/B/A MEDICAL PRACTICE PARTNERS, HEALTHCARE STAFFING ON DEMAND, LLC, PROSPECT WATERBURY AMBULATORY SURGERY, LLC AND PROSPECT WATERBURY HOME HEALTH, INC. D/B/A VNA HEALTH AT HOME,<br><br>*Defendants*. | No. 3:25-cv-00105-SFR<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>January 28, 2025 |

## PLAINTIFF'S MOTION FOR ABSTENTION AND
## <u>EQUITABLE REMAND</u>

**ORAL ARGUMENT REQUESTED**

Pursuant to 28 U.S.C. § 1334(c)(2), or in the alternative, pursuant to

28 U.S.C. § 1334(c)(1) and 28 U.S.C. § 1452(b), Plaintiff Yale New Haven Health

Services Corporation respectfully requests that this Court abstain from hearing the instant

action and remand it to the Connecticut Superior Court.[1]  The grounds for this motion are

fully set forth in the memorandum of law filed herewith.

Respectfully submitted,

PLAINTIFF YALE NEW HAVEN HEALTH
SERVICES CORPORATION,

By:      /s/ *Kim E. Rinehart*
          Kim E. Rinehart (ct24427)
          WIGGIN and DANA LLP
          265 Church Street
          P.O. Box 1832
          New Haven, CT 06508
          (203) 498-4400
          (203) 782-2889 (fax)
          krinehart@wiggin.com

          OF COUNSEL:
          Daniel Slifkin*
          Michael A. Paskin*
          CRAVATH, SWAINE & MOORE LLP
          Two Manhattan West
          375 Ninth Street
          New York, NY 10001
          (212) 474-1000
          dslifkin@cravath.com
          mpaskin@cravath.com
          (*Pro Hac Vice Forthcoming)

---

[1] On January 27, 2025, immediately prior to YNHH filing this motion, Prospect filed a motion to transfer venue to the United States Bankruptcy Court for the Northern District of Texas.  This motion addresses the impropriety of Prospect's removal of the state court litigation and this Court's statutory obligation to abstain and remand this litigation to the Connecticut Superior Court.  YNHH will address Prospect's transfer motion and the arguments therein in a separate responsive filing.