IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____x

YALE NEW HAVEN HEALTH SERVICES CORPORATION,

        Plaintiff,

v.

PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CT, INC., PROSPECT ECHN, INC. D/B/A EASTERN CONNECTICUT HEALTH NETWORK, PROSPECT ROCKVILLE HOSPITAL, D/B/A THE ROCKVILLE GENERAL HOSPITAL, PROSPECT MANCHESTER HOSPITAL, INC. D/B/A THE MANCHESTER MEMORIAL HOSPITAL, PROSPECT WATERBURY, INC. D/B/A THE WATERBURY HOSPITAL, PROSPECT CT MEDICAL FOUNDATION, INC. D/B/A EASTERN CT MEDICAL PROFESSIONALS AND ALLIANCE MEDICAL GROUP, PROSPECT ECHN HOME HEALTH, INC. D/B/A VISITING NURSE AND HEALTH SERVICES OF CONNECTICUT, CARDIOLOGY ASSOCIATES OF GREATER WATERBURY LLC, PROSPECT CT MANAGEMENT SERVICES, INC. D/B/A MEDICAL PRACTICE PARTNERS, HEALTHCARE STAFFING ON DEMAND LLC, PROSPECT WATERBURY AMBULATORY SURGERY, LLC AND PROSPECT WATERBURY HOME HEALTH, INC. D/B/A VNA HEALTH AT HOME,

        Defendants.

_____x

Case No.: 3:25-cv-00105

Honorable Michael P. Shea

January 29, 2025

## **NOTICE OF PENDING MOTIONS**

Pursuant to this Court's *Standing Order on Removed Cases* (amend. Dec. 19, 2022) (the "Standing Order"), Defendants Prospect Medical Holdings, Inc., Prospect CT, Inc., Prospect

ECHN, Inc. d/b/a Eastern Connecticut Health Network, Prospect Rockville Hospital, Inc. d/b/a The Rockville General Hospital, Prospect Manchester Hospital, Inc. d/b/a The Manchester Memorial Hospital, Prospect Waterbury, Inc. d/b/a The Waterbury Hospital, Prospect CT Medical Foundation, Inc. d/b/a Eastern CT Medical Professionals and Alliance Medical Group, Prospect ECHN Home Health, Inc. d/b/a Visiting Nurse and Health Services of Connecticut, Cardiology Associates of Greater Waterbury, LLC, Prospect CT Management Services, Inc. d/b/a Medical Practice Partners, Healthcare Staffing On Demand, LLC, Prospect Waterbury Ambulatory Surgery, LLC, and Prospect Waterbury Home Health, Inc. d/b/a VNA Health at Home (collectively, "Defendants") state:

1. Prior to January 11, 2025, a motion by plaintiff Yale New Haven Health Services Corporation ("Plaintiff") for summary judgment was pending in this action before the Superior Court of the State of Connecticut (the "State Court"), Docket No.: X07-HHD-CV24-6184328-S, but Defendants had not yet filed their opposition papers, which at the time were due January 29, 2025.  A true and accurate copy of Plaintiff's motion papers are attached as **Exhibit A**.

2. As set forth in Defendants' Notice of Removal (ECF Doc. No. 1), on January 11, 2025, Defendants and their debtor affiliates filed voluntary chapter 11 petitions in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Texas Bankruptcy Court"), which are consolidated for procedural purposes only and being jointly administered by the Texas Bankruptcy Court under *In re Prospect Medical Holdings, Inc.*, Ch. 11 Case No. 25-80002 (SGJ) (Jointly Administered) (the "Chapter 11 Cases").

3. As a result of the commencement of the Chapter 11 Cases, all proceedings in this action, including Plaintiff's motion for summary judgment, have been stayed since January 11, 2025, pursuant to 11 U.S.C. § 362.

4.     In addition, following removal, Defendants filed a motion to transfer this action to the Texas Bankruptcy Court and Plaintiff filed a motion to remand this action to the State Court.

5.     Accordingly, Plaintiff's motion for summary judgment is not a "pending motion[ ] that require[s] action by a Judge of this Court," within the meaning of the Standing Order.

Respectfully submitted,

By: /s/ *Robert S. Friedman*
Robert S. Friedman (ct31256)
Danielle Vrabie (*pro hac vice* application forthcoming)
Joshua I. Schlenger (*pro hac vice* application forthcoming)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112-0015
(212) 653-8700
rfriedman@sheppardmullin.com
dvrabie@sheppardmullin.com
jschlenger@sheppardmullin.com

Amy P. Blume, Esq.
Bershtein, Volpe, & McKeon, PC 900 Chapel Street, 11th Floor New Haven, CT 06510
Juris # ct03821
Tel. # (203) 777-5800
apb@bvmlaw.com

*Counsel for Defendants*