IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____x

YALE NEW HAVEN HEALTH SERVICES CORPORATION,

        Plaintiff,

v.

PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CT, INC., PROSPECT ECHN, INC. D/B/A EASTERN CONNECTICUT HEALTH NETWORK, PROSPECT ROCKVILLE HOSPITAL, D/B/A THE ROCKVILLE GENERAL HOSPITAL, PROSPECT MANCHESTER HOSPITAL, INC. D/B/A THE MANCHESTER MEMORIAL HOSPITAL, PROSPECT WATERBURY, INC. D/B/A THE WATERBURY HOSPITAL, PROSPECT CT MEDICAL FOUNDATION, INC. D/B/A EASTERN CT MEDICAL PROFESSIONALS AND ALLIANCE MEDICAL GROUP, PROSPECT ECHN HOME HEALTH, INC. D/B/A VISITING NURSE AND HEALTH SERVICES OF CONNECTICUT, CARDIOLOGY ASSOCIATES OF GREATER WATERBURY LLC, PROSPECT CT MANAGEMENT SERVICES, INC. D/B/A MEDICAL PRACTICE PARTNERS, HEALTHCARE STAFFING ON DEMAND LLC, PROSPECT WATERBURY AMBULATORY SURGERY, LLC AND PROSPECT WATERBURY HOME HEALTH, INC. D/B/A VNA HEALTH AT HOME,

        Defendants.
_____x

Case No.: 3:25-cv-00105

Honorable Michael P. Shea

February 18, 2025

## DECLARATION OF JOSHUA I. SCHLENGER IN OPPOSITION TO PLAINTIFF'S MOTION FOR ABSTENTION AND EQUITABLE REMAND

I, Joshua I. Schlenger, declare:

1. I am a member of good standing of the Bar of the State of New York and am admitted *pro hac vice* to the United States District Court for the District of Connecticut in connection with the above-referenced action (the "Action"). I am a Special Counsel with the law firm of Sheppard, Mullin, Richter & Hampton LLP, with its offices located at 30 Rockefeller Plaza, New York, New York 10112-0015, counsel to defendants Prospect Medical Holdings, Inc., Prospect CT, Inc., Prospect ECHN, Inc. d/b/a Eastern Connecticut Health Network, Prospect Rockville Hospital, Inc. d/b/a The Rockville General Hospital, Prospect Manchester Hospital, Inc. d/b/a The Manchester Memorial Hospital, Prospect Waterbury, Inc. d/b/a The Waterbury Hospital, Prospect CT Medical Foundation, Inc. d/b/a Eastern CT Medical Professionals and Alliance Medical Group, Prospect ECHN Home Health, Inc. d/b/a Visiting Nurse and Health Services of Connecticut, Cardiology Associates of Greater Waterbury, LLC, Prospect CT Management Services, Inc. d/b/a Medical Practice Partners, Healthcare Staffing On Demand, LLC, Prospect Waterbury Ambulatory Surgery, LLC, and Prospect Waterbury Home Health, Inc. d/b/a VNA Health at Home (collectively, "Defendants") in the Action.

2. I am familiar with the subject matter of this action and, except as otherwise stated, have personal knowledge of the facts set forth herein. I submit this Declaration in opposition to Plaintiff Yale New Haven Health Services Corporation's ("Plaintiff" or "Yale") *Motion for Abstention or Equitable Remand* (ECF Doc. No. 11).

3. On January 22, 2025, Defendants removed the Action to this Court with the filing of a Notice of Removal (ECF Doc. No. 1). Prior to that date, the Action was pending in the Superior Court of the State of Connecticut, Docket No.: X07-HHD-CV24-6184328-S, where fact discovery was in process but nearing completion.

4. On December 17, 2024, I took the deposition of Yale's general counsel, Bill Aseltyne, on behalf of Defendants in the action (the "Aseltyne Deposition").

-3-

5.    True and accurate excerpts of the transcript of the Aseltyne Deposition are attached as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2025,
       New York, New York

_____
Joshua I. Schlenger