# Exhibit A to Declaration of Joshua I. Schlenger dated February 18, 2025

Excerpts of Transcript of Deposition of Bill Aseltyne, taken on December 17, 2025

Filed in Redacted and Under Seal Formats

CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 1

```
 1    SUPERIOR COURT JUDICIAL DISTRICT OF HARTFORD
      AT HARTFORD
 2    _____
                                              )
 3    YALE NEW HAVEN HEALTH SERVICES          )
      CORPORATION,                            )
 4              Plaintiffs,                   )
           v.                                 )
 5    PROSPECT MEDICAL HOLDINGS, INC.,        )
      PROSPECT CT, INC., PROSPECT ECHN,       )
 6    INC. D/B/A EASTERN CONNECTICUT HEALTH   )
      NETWORK, PROSPECT ROCKVILLE HOSPITAL    )
 7    D/B/A THE ROCKVILLE GENERAL HOSPITAL    )
      PROSPECT MANCHESTER HOSPITAL, INC.      )
 8    D/B/A THE MANCHESTER MEMORIAL           )   Docket No:
      HOSPITAL, PROSPECT WATERBURY, INC.      )   HHD-CV24-6184328-S
 9    D/B/A THE WATERBURY HOSPITAL, PROSPECT  )
      CT MEDICAL FOUNDATION, INC. D/B/A       )
10    EASTERN CT MEDICAL PROFESSIONALS AND    )
      ALLIANCE MEDICAL GROUP, PROSPECT ECHN   )
11    HOME HEALTH, INC. D/B/A VISITING        )
      NURSE AND HEALTH SERVICES OF            )
12    CONNECTICUT, CARDIOLOGY ASSOCIATES OF   )
      GREATER WATERBURY, LLC, PROSPECT CT     )
13    MANAGEMENT SERVICES, INC. D/B/A         )
      MEDICAL PRACTICE PARTNERS, HEALTHCARE   )
14    STAFFING ON DEMAND, LLC, PROSPECT       )
      WATERBURY AMBULATORY SURGERY, LLC       )
15    AND PROSPECT WATERBURY HOME HEALTH,     )
      INC. D/B/A VNA HEALTH AT HOME,          )
16              Defendants.                   )
      _____)
17

18

19

20                    ***CONFIDENTIAL***

21

22

23            VIDEO-RECORDED DEPOSITION OF

24                     BILL ASELTYNE

25                   December 17, 2024
```

CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 276



CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 277

# REDACTED

CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 278

REDACTED

CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 279



CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 280



CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 281

**REDACTED**

CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 282





CONFIDENTIAL
Bill Aseltyne - December 17, 2024
Page 283

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 844-483-2643

CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 284

# REDACTED



CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 286

