# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

_____x

YALE NEW HAVEN HEALTH SERVICES CORPORATION,

      Plaintiff,

v.

PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CT, INC., PROSPECT ECHN, INC. D/B/A EASTERN CONNECTICUT HEALTH NETWORK, PROSPECT ROCKVILLE HOSPITAL, D/B/A THE ROCKVILLE GENERAL HOSPITAL, PROSPECT MANCHESTER HOSPITAL, INC. D/B/A THE MANCHESTER MEMORIAL HOSPITAL, PROSPECT WATERBURY, INC. D/B/A THE WATERBURY HOSPITAL, PROSPECT CT MEDICAL FOUNDATION, INC. D/B/A EASTERN CT MEDICAL PROFESSIONALS AND ALLIANCE MEDICAL GROUP, PROSPECT ECHN HOME HEALTH, INC. D/B/A VISITING NURSE AND HEALTH SERVICES OF CONNECTICUT, CARDIOLOGY ASSOCIATES OF GREATER WATERBURY LLC, PROSPECT CT MANAGEMENT SERVICES, INC. D/B/A MEDICAL PRACTICE PARTNERS, HEALTHCARE STAFFING ON DEMAND LLC, PROSPECT WATERBURY AMBULATORY SURGERY, LLC AND PROSPECT WATERBURY HOME HEALTH, INC. D/B/A VNA HEALTH AT HOME,

      Defendants.

_____x

Case No.: 3:25-cv-00105

Honorable Michael P. Shea

February 18, 2025

**<u>DEFENDANTS' MOTION TO SEAL DOCUMENTS</u>**

-1-

Pursuant to the District of Connecticut Local Rule 5(e) and this Court's Standing Protective Order, entered in the above-captioned action on January 22, 2025 (ECF Doc. No. 8), Defendants Prospect Medical Holdings, Inc., Prospect CT, Inc., Prospect ECHN, Inc. d/b/a Eastern Connecticut Health Network, Prospect Rockville Hospital, Inc. d/b/a The Rockville General Hospital, Prospect Manchester Hospital, Inc. d/b/a The Manchester Memorial Hospital, Prospect Waterbury, Inc. d/b/a The Waterbury Hospital, Prospect CT Medical Foundation, Inc. d/b/a Eastern CT Medical Professionals and Alliance Medical Group, Prospect ECHN Home Health, Inc. d/b/a Visiting Nurse and Health Services of Connecticut, Cardiology Associates of Greater Waterbury, LLC, Prospect CT Management Services, Inc. d/b/a Medical Practice Partners, Healthcare Staffing On Demand, LLC, Prospect Waterbury Ambulatory Surgery, LLC, and Prospect Waterbury Home Health, Inc. d/b/a VNA Health at Home (collectively, "Defendants"), respectfully submit this motion for sealing of: (1) select portions of Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Abstention and Equitable Remand, dated February 18, 2025 (the "Remand Opposition"); (2) Exhibit A to the Declaration of Joshua I. Schlenger in Opposition to Plaintiff's Motion for Abstention and Equitable Remand, dated February 18, 2025 (the "Declaration"); and (3) select portions of Defendants' Reply Memorandum of Law in Further Support of Motion to Transfer this Action to the United States Bankruptcy Court for the Northern District of Texas (the "Transfer Reply"). Pursuant to Local Rule 5(e)(4)(a), Defendants have filed redacted versions of the Remand Opposition, Exhibit A to the Declaration, and the Transfer Reply at ECF Doc. Nos. 23, 24-1, and 25, respectively, and will file unredacted versions of these documents (with proposed redacted text highlighted) as sealed documents following the filing of this sealing motion.

As set forth in the memorandum of law filed with this motion, the sole reason that Defendants are moving to seal select portions of the Remand Opposition and Transfer Reply, and

Exhibit A to the Declaration, is because those portions quote testimony from the transcript of deposition of Plaintiff Yale New Haven Health Services Corporation's ("Plaintiff") general counsel, Bill Aseltyne, which Plaintiff designated as "Confidential" in full pursuant to the protective order in place in the underlying action before removal to this Court. While Defendants do not believe that the testimony in question merits a "Confidential" designation, Defendants are constrained by the designation to now file the instant sealing motion. The onus is on Plaintiff to justify that the testimony in question merits the "Confidential" designation and sealing.

        Respectfully submitted, !

        By: _/s/ Robert S. Friedman_
        Robert S. Friedman (ct31256)
        Danielle Vrabie (*pro hac vice* application forthcoming)
        Joshua I. Schlenger (admitted *pro hac vice*)
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        30 Rockefeller Plaza
        New York, NY 10112-0015
        (212) 653-8700
        rfriedman@sheppardmullin.com
        dvrabie@sheppardmullin.com
        jschlenger@sheppardmullin.com

        Amy P. Blume, Esq.
        Bershtein, Volpe, & McKeon, PC 900 Chapel Street, 11th Floor New Haven, CT 06510
        Juris # ct03821
        Tel. # (203) 777-5800
        apb@bvmlaw.com

        *Counsel for Defendants*