**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| YALE NEW HAVEN HEALTH SERVICES CORPORATION,<br><br>         *Plaintiff*,<br><br> v.<br><br>PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CT, INC., PROSPECT ECHN, INC. D/B/A EASTERN CONNECTICUT HEALTH NETWORK, PROSPECT ROCKVILLE HOSPITAL, INC. D/B/A THE ROCKVILLE GENERAL HOSPITAL, PROSPECT MANCHESTER HOSPITAL, INC. D/B/A THE MANCHESTER MEMORIAL HOSPITAL, PROSPECT WATERBURY, INC. D/B/A THE WATERBURY HOSPITAL, PROSPECT CT MEDICAL FOUNDATION, INC. D/B/A EASTERN CT MEDICAL PROFESSIONALS AND ALLIANCE MEDICAL GROUP, PROSPECT ECHN HOME HEALTH, INC. D/B/A VISITING NURSE AND HEALTH SERVICES OF CONNECTICUT, CARDIOLOGY ASSOCIATES OF GREATER WATERBURY, LLC, PROSPECT CT MANAGEMENT SERVICES, INC. D/B/A MEDICAL PRACTICE PARTNERS, HEALTHCARE STAFFING ON DEMAND, LLC, PROSPECT WATERBURY AMBULATORY SURGERY, LLC AND PROSPECT WATERBURY HOME HEALTH, INC. D/B/A VNA HEALTH AT HOME,<br><br>         *Defendants*. | No. 3:25-cv-00105-MPS<br><br><br><br><br><br><br><br><br><br>March 4, 2025 |

**DECLARATION OF KIM E. RINEHART IN SUPPORT OF PLAINTIFF'S**
**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF'S**
<u>**MOTION FOR ABSTENTION AND EQUITABLE REMAND**</u>

I, Kim E. Rinehart, hereby declare as follows:

1. I am a member in good standing of the Bar of the State of Connecticut.

2. I am a partner in the law firm of Wiggin and Dana LLP, which represents Plaintiff Yale New Haven Health Services Corporation ("YNHH") in the above-captioned matter.

3. I am familiar with the proceedings in this case and have personal knowledge of the facts set forth herein.

4. I submit this Declaration in support of YNHH's Reply Memorandum of Law in Further Support of Plaintiff's Motion for Abstention and Equitable Remand.

5. Attached to this Declaration as **Exhibit A** is a true and complete copy of the Debtors' Motion for Entry of an Order Approving Bidding Procedures, *In re Prospect Med. Holdings, Inc.*, No. 25-80002-SGJ (Bankr. N.D. Tex. Feb. 18, 2025), ECF No. 708.

6. Attached to this Declaration as **Exhibit B** is a true and complete copy of the Declaration of Paul Rundell in Support of Debtors' Chapter 11 Petitions and First Day Pleadings, *In re Prospect Med. Holdings, Inc.*, No. 25-80002-SGJ (Bankr. N.D. Tex. Jan. 13, 2025), ECF No. 41.

7. Attached to this Declaration as **Exhibit C** is a true and complete transcript of the Prospect Medical Holdings 341(a) Meeting of Creditors held February 20, 2025 in *In re Prospect Med. Holdings, Inc.*, No. 25-80002-SGJ (Bankr. N.D. Tex.).

8. Attached to this Declaration as **Exhibit D** is a true and correct excerpt of the deposition testimony of William J. Aseltyne, YNHH's Chief Legal and Administrative Officer, taken by Defendants in this action on December 17, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2025,
New Haven, Connecticut

Respectfully submitted,

PLAINTIFF YALE NEW HAVEN HEALTH SERVICES CORPORATION,

By:   /s/ *Kim E. Rinehart*

2

Kim E. Rinehart (ct24427)
WIGGIN and DANA LLP
265 Church Street
P.O. Box 1832
New Haven, CT 06508
(203) 498-4400
(203) 782-2889 (fax)
krinehart@wiggin.com

2