# Exhibit C



**Deposition of:**   Audio Transcription of 341 Creditor's Meeting

**Case:**

**Date:**   2/21/2025

**Prepared by:**

Elite Deposition Technologies, Inc.
400 N. Saint Paul Street, Suite 1340
Dallas, TX 75201
866-896-2626
www.elitedeps.com
deps@elitedeps.com

```
                                                    Page 1
 1            IN THE UNITED STATES BANKRUPTCY COURT
 2              FOR THE NORTHERN DISTRICT OF TEXAS
 3                         DALLAS DIVISION
 4
 5  IN RE:                      )   CHAPTER 11
                                )
 6  PROSPECT MEDICAL HOLDINGS,  )   CASE NO. 25-80002 (SGJ)
    INC., ET AL                 )
 7                              )   (JOINTLY ADMINISTERED)
          DEBTORS,              )
 8
 9
10
11                  341 MEETING OF CREDITORS
12                     FEBRUARY 21, 2025
13
14
15
16  APPEARANCES:
17  U.S. TRUSTEE:
                        ELIZABETH ZIEGLER YOUNG
18                      U.S. TRUSTEE OFFICE
                        100 COMMERCE STREET, ROOM 976
19                      DALLAS, TEXAS 75242
                        214.767.8967
20
21  FOR THE DEBTORS:
                        ANNE G. WALLICE
22                      VERONICA COURTNEY
                        SIDLEY AUSTIN LLP
23                      787 SEVENTH AVENUE
                        NEW YORK, NY 10019
24                      212.839.6021
25
```

```
                                                    Page 2
 1  FOR THE CREDITORS:
                       (AS STATED IN TRANSCRIPT)
 2
 3
 4  Proceedings recorded by audio recording, transcript
 5  produced by CAT
```

```
                                                    Page 3
 1                      P R O C E E D I N G S
 2          U.S. TRUSTEE:  I'm going to go ahead and commence
 3  the 341 Meeting of Creditors for Prospect Medical
 4  Holdings, Inc.  This is in connection with Bankruptcy
 5  Case Number 25-80002-(SGJ)-11.  This will also serve as
 6  the jointly -- as the meeting for the jointly
 7  administered cases.  And I'll go through those at the
 8  conclusion of the meeting, I do just want to get started
 9  here.
10          Prior to commencing the meeting we did have
11  appearances by Anne Wallice and Veronica Courtney, and we
12  were getting appearances by the Alvarez and Marsal team.
13  So can Alvarez and Marsal please -- everyone here from
14  Alvarez and Marsal please restate your name for the
15  record.
16          MR. WELLS:  Okay.  I'll go first.  This is
17  Christopher J. Wells with Alvarez and Marsal.
18          MR. NIEMERG:  This is Richard Niemerg with Alvarez
19  and Marsal.
20          MR. OLSON:  Riley Olson with Alvarez and Marsal,
21  as well.
22          U.S. TRUSTEE:  And that -- do we have -- who will
23  be testifying on behalf of the debtors here today, Ms.
24  Wallice?
25          MS. WALLICE:  Ms. Young, I believe that we are
```

```
                                                    Page 4
 1  going to provide the debtor's CFO.
 2          U.S. TRUSTEE:  Okay.
 3          MS. WALLICE:  Alfredo?
 4          MR. SABILLO:  Hi.  Yes.  Alfredo Sabillo with
 5  Prospect.
 6          U.S. TRUSTEE:  Hi, Alfredo.
 7          Okay.  Do we have anyone else from Alvarez and
 8  Marsal on the line?
 9          Okay.  Do we have somebody -- I'm sorry.
10          Do we have anything -- any representative of the
11  unsecured creditors' committee on the line?
12          Any attorney for the creditors' committee?
13          MR. HAFFTY:  Uh, yes.  David Haffty from Haffty
14  Consulting.  We're associated with the current care
15  aspect and the Prospect financing.
16          MR. BORDA:  Hello?
17          U.S. TRUSTEE:  Hi.  Yes?
18          MR. BORDA:  Yes, this -- this is -- this is Matt
19  Borda.  I'm counsel for Haffty Consulting.  We're not
20  necessarily -- we're -- on the committee, or -- we don't
21  represent the committee, but we're one of the unsecured
22  creditors.
23          U.S. TRUSTEE:  Okay.
24          MR. PACHUKEN:  Hi, there.  Yes, Arnold Pachuken
25  for Province National (inaudible).
```

Page 5

1  U.S. TRUSTEE: Okay.
2  Do we have anybody on behalf --
3  MR. COLEMAN: Yes.
4  U.S. TRUSTEE: I'm sorry. Yes?
5  MR. COLEMAN: No, go ahead. That's fine.
6  U.S. TRUSTEE: Were you going to state your name
7  and your -- the party you represent?
8  MR. COLEMAN: I was. I -- my name is Mark
9  Coleman. I represent TFP Group, comma, Inc. D/B/A
10 Training Funding Partners, and we are an unsecured
11 creditor.
12 U.S. TRUSTEE: Thank you.
13 Do I have anybody on the line for Medical
14 Properties Trust?
15 Is there anyone on the line for eCapital?
16 MR. GORDON: Hi, Ms. Young. Can you hear me?
17 U.S. TRUSTEE: I can.
18 MR. GORDON: Hi. This is Jake Gordon from Foley
19 and Lardner for eCapital.
20 U.S. TRUSTEE: Hi, Jake.
21 Do I have anybody from JNB, the DIP lender?
22 MR. GLUCK: Hey, Liz, this is Kristian Gluck at
23 Norton Rose Fulbright on behalf of JNB.
24 U.S. TRUSTEE: Thank you.
25 Do I have anybody here on behalf of the PBGC?

Page 6

1  All right. Is there anyone here on behalf of the
2  State of Rhode Island?
3  UNIDENTIFIED SPEAKER: Whoever is not talking,
4  could they mute their phone, because we're getting a
5  bunch of typing in the background.
6  U.S. TRUSTEE: Thank you.
7  Anyone here from the State of Connecticut?
8  Anyone here from the State of Pennsylvania?
9  Anyone here from the State of California?
10 At this --
11 MR. WYNAN: Yes. I'm Mike Wynan in California.
12 U.S. TRUSTEE: I'm sorry, what was your name?
13 MR. SESTI: Sorry. My name is Jake Sesti from
14 Higgs, Fletcher & Mack, on behalf of creditor LA Bone &
15 Joint Group.
16 U.S. TRUSTEE: Okay.
17 Okay.
18 MR. BLUMENFELD: Good morning. This is -- this is
19 Ori Blumenfeld for creditor Greenlight Imaging, LLC, in
20 California.
21 U.S. TRUSTEE: Is there anybody else who is
22 just -- has a client who is a general unsecured creditor
23 who would like to make their appearance at this time?
24 MS. MORGAN: Yes. My name is Sara Morgan from
25 Bass, Berry & Sims -- Sara Morgan from Bass, Berry &

Page 7

1  Sims, and I'm here on behalf of Sound Inpatient
2  Physicians.
3  MR. HIGGINS: This is -- this is Matthew Higgins
4  from Fox Rothschild, LLP, on behalf of the Upper Darby
5  School District.
6  MR. WALTERS: This is John Walters, Markowitz and
7  Richman in Philadelphia, representing the Pennsylvania
8  Association of Staff Nurses and Allied Professionals.
9  MS. MORALES: Hi. This is Roxana Morales with the
10 U.S. -- U.S. Department of Labor Employee Benefit
11 Security Administration.
12 U.S. TRUSTEE: Can you say your name again one
13 more time?
14 MS. MORALES: Yes. Roxana Morales with the
15 Employee Benefit Security Administration at the U.S.
16 Department of Labor.
17 U.S. TRUSTEE: Thank you, Ms. Morales.
18 MS. GEARRING: And I'm Wanda Gearring from the
19 U.S. Department of Labor, Pasadena, California.
20 MS. VIZZARENY: And I am Emma Vizzareny, also with
21 the Employee Benefit Security Administration, U.S.
22 Department of Labor.
23 MR. CHESTER: This is Eric -- I'm sorry. This is
24 Eric Chester. I represent the American Federation of
25 Teachers in Connecticut, which represents five unions,

Page 8

1  those members work at the Manchester and Rockville
2  hospitals in Connecticut.
3  MR. FORSYTHE: This is Marc Forsythe, counsel for
4  Expedient VMS, LLC, creditor.
5  MS. MARTIN: This is Lara Martin with Bernstein
6  Burkley, counsel for Beckman Coulter, Inc. creditor.
7  MS. PERRY: Good morning. This is Misty Perry
8  Isaacson for MIK Construction, Inc., unsecured creditor.
9  MS. STUDENY: Hi. This is Joanna Studeny from
10 Tucker Arensberg, representing Thermo Fisher Scientific
11 Entities as unsecured creditors.
12 MS. CAMPBELL: Hi. This is Emily Campbell for
13 Cantey Hanger on behalf of unsecured creditor Alliance
14 Commercial Cleaning.
15 MR. TAUBENFELD: This is Marc Taubenfeld, Munsch
16 Hardt in Dallas, and I represent a series of personal
17 injury claimants, mostly against Crozer Hospital, but
18 also against one of the California hospitals.
19 MR. MALEY: Hi. This is Amos Maley, counsel for
20 Consolidated Medical Travel, an unsecured creditor.
21 U.S. TRUSTEE: Can you state your name one more
22 time?
23 MR. MALEY: Yes. That's Amos Maley.
24 U.S. TRUSTEE: Anyone else?
25 UNIDENTIFIED MALE: Yes --

Page 9

1  MS. BEAUREGARD: So sorry.
2  This is Grace Beauregard for the City of
3  Waterbury, Connecticut.
4  U.S. TRUSTEE: Was there someone else?
5  MR. MONSOUR: This is Trey Monsour -- this is Trey
6  Monsour on behalf of a number of medical malpractice
7  claimants.
8  U.S. TRUSTEE: Anyone else?
9  And again, once we get to the open questions, if
10 you have not made your appearance, we can take your
11 appearance at this time.
12 At this time, Mr. Sabillo, can I have you raise
13 your right hand, please.
14 MR. SABILLO: Sure.
15 U.S. TRUSTEE: Do you swear or affirm that the
16 testimony you are about to give will be the truth?
17 Please say, "I do".
18 MR. SABILLO: I do.
19 U.S. TRUSTEE: Okay. The format of this meeting
20 will be as follows: Since the deadline to extend the
21 schedules and statements of financial affairs is, I
22 believe, in early March, this is -- we had to commence
23 and continue this 341 Meeting. So I do just want to take
24 a few minutes, run through administrative requirements,
25 allow the Debtors to make a brief presentation as to

Page 10

1  where we are in the case, and then again open the floor
2  up to creditors if they've got any specific questions.
3  Again, with the understanding that we do not have fulsome
4  schedules.
5  These cases were filed on January 11th of 2025.
6  Mr. Sabillo, can you briefly state for the record
7  what the business of Prospect Medical Holdings, Inc. and
8  its affiliated companies is?
9  MR. SABILLO: Yeah. We provide (inaudible)
10 hospital facilities who provide care to much -- all to
11 different states, clinics, hospitals, and outpatient
12 centers.
13 U.S. TRUSTEE: And are these hospitals still
14 operational?
15 MR. SABILLO: Yes.
16 U.S. TRUSTEE: Approximately how many employees do
17 you have across the Debtor entities?
18 MR. SABILLO: Approximately 10,000.
19 U.S. TRUSTEE: Are you current with your payroll?
20 MR. SABILLO: Yes.
21 U.S. TRUSTEE: Are you current with payroll taxes?
22 MR. SABILLO: Yes.
23 U.S. TRUSTEE: And you understand your obligation
24 to remain current with the payment of post-petition tax
25 obligations as this case proceeds in bankruptcy?

Page 11

1  MR. SABILLO: Yes, I do.
2  U.S. TRUSTEE: For the record, there was a final
3  DIP order that was entered last week.
4  The Debtor has already filed several employment
5  applications which have been granted. That is for Sidley
6  Austin; Alvarez and Marsal as CRO; Houlihan Lokey as
7  Financial Advisor; Katten, Muchin, Rosenman as Special
8  Counsel; Duane Morris as Special Counsel; Sheppard,
9  Mullin, Richter & Hampton as Special Counsel, as well as
10 a Motion for Ordinary Course Professionals. And those
11 orders have been entered as well.
12 Do you anticipate hiring any other additional
13 professionals at this time, or will it just be additional
14 ordinary course professionals that you're going to be
15 seeking to employ during the administration of this case?
16 MR. SABILLO: Yeah, I think we'll have to check.
17 Not that I know of right now. We'll have to kind of see
18 how -- you know, how -- the progress of the case, and if
19 we have any need for other professionals.
20 U.S. TRUSTEE: Okay. Turning to administrative
21 requirements.
22 For the record, we did receive copies of your
23 insurance policies. And you understand your obligation
24 to remain current with insurance obligations during the
25 time this case is pending?

Page 12

1  MR. SABILLO: Yes.
2  U.S. TRUSTEE: For the record, there was an Order
3  approving the Cash Management System -- the Cash
4  Management System.
5  As these cases were filed on January 11th of 2025,
6  your first offering report is going to be due on
7  February 21st of this -- February 21st of 2025. We've
8  already been in discussions with the Debtors, we
9  understand that those are probably not going to be filed
10 until March 31st. Is that correct?
11 MR. SABILLO: Yeah, we're -- we're working to as
12 best we can, as fast as we can to actually provide a
13 schedule system disk, so hopefully we'll get to it before
14 then. But we will -- our -- our whole team is kind of
15 working through that.
16 U.S. TRUSTEE: Okay. And who is going to be
17 preparing the monthly operating reports?
18 MR. SABILLO: We'll be working with Anne.
19 U.S. TRUSTEE: Okay. For the record, we did also
20 receive copies of the Debtor's tax returns.
21 Who are the current officers and directors of the
22 Debtors?
23 MR. SABILLO: I don't have the full list on that
24 right now with me, I can get back to you and provide that
25 information.

Page 13

1   U.S. TRUSTEE: And it's -- we don't have that,
2   since we don't have the schedules and the statements of
3   financial affairs, so we may just put a pin on that
4   question and we will circle back with that at the
5   continued 341 Meeting.
6       Can you briefly state for the record what caused
7   the Debtors to file these bankruptcy cases?
8   MS. WALLICE: And this is -- Alfredo, I -- I'm
9   happy to try and take that one.
10  U.S. TRUSTEE: Sure.
11  MR. SABILLO: Yeah.
12  U.S. TRUSTEE: That's fine.
13      And then Alfredo, I just will have you listen to
14  what your attorney says, and just verify that what she
15  says is accurate after she's completed her statement, if
16  that works for everyone.
17  MR. SABILLO: Will do.
18  U.S. TRUSTEE: Okay. Ms. Wallice?
19  MS. WALLICE: Thank you.
20      So the Debtors have been involved in a number
21  of -- actively looking to bring in both liquidity from
22  failed transactions, as well as to -- to downsize the
23  overall operation. What ultimately led to the filing was
24  a severe liquidity crises that -- the filings that began
25  on January 11th were a -- were an unplanned -- unplanned

Page 14

1   bankruptcy filing. But ultimately, the -- the Board and
2   the management team of the Debtors made the decision that
3   filing these cases allowed them to work through and
4   consummate certain failed transactions that had already
5   been entered into. Specifically, the Rhode Island sales
6   transaction, as well as to market their other assets in a
7   more controlled environment. With -- with those kind
8   of -- the bankruptcy tools and the ability to move
9   forward with those sales, the -- the Debtors made the
10  decision to file (inaudible).
11  U.S. TRUSTEE: And Mr. Sabillo, does that
12  accurately -- is that statement provided by your attorney
13  an accurate statement?
14  MR. SABILLO: Yes. I just want to add again,
15  the -- the -- the highest priority for us is the patient
16  safety. And so, you know, with the (inaudible) that we
17  were having, we didn't want to risk a patient's safety
18  and that's -- and kind of explained -- I mean, we had to
19  file the petition for the bankruptcy so that we can
20  preserve our liquidity and get some financing involved
21  while we try to divest our -- our different assets from
22  the different markets.
23  U.S. TRUSTEE: Thank you.
24      Is there any -- anything else? Maybe you can give
25  us any kind of a status update as to where you are with

Page 15

1   the sale process.
2   MS. WALLICE: Again, I can give that, and Alfredo,
3   if you want to confirm and/or add anything after I have
4   given that, I think that might be the best step.
5   U.S. TRUSTEE: Yes.
6   MS. WALLICE: Okay. So as was -- as it was
7   determined at the court hearing last week, the Debtors
8   have received approval with respect to the -- the sale of
9   the certain Rhode Island hospitals to the Centurion
10  Foundation. The Debtors and Centurion can continue to
11  work towards closing. As we noted at the hearing, we
12  expect that closing will occur 30 to 60 days following
13  the Court's approval of that sale. No -- no changes from
14  that process since we were in court last week.
15      We have also as was indicated with respect to the
16  MPT settlement that was announced last week at the
17  hearing, the Debtors have begun the initial outreach
18  related to a sale process of their Connecticut and
19  California hospital systems. We are still in the very
20  early stages of that process. Bidding procedures that
21  would govern those sales transaction were filed on
22  February 18th, and initial contact with interested
23  parties has begun. But again, very early stages there.
24      With respect to Pennsylvania, the bankruptcy court
25  entered an Order of basically lifting the stay for the

Page 16

1   limited relief of appointment of a Receiver in
2   Pennsylvania. The intent of that appointment is to work
3   towards a transition of the Pennsylvania hospitals to a
4   nonprofit consortium of operators. The Debtors continue
5   to work closely with SPI as Receiver, as well as the
6   Pennsylvania AG's office to -- to continue that process.
7   But no updates on that either.
8   U.S. TRUSTEE: Thank you.
9       Mr. Sabillo, does that accurately reflect your
10  understanding?
11  MR. SABILLO: Yes. Nothing to add to that.
12  U.S. TRUSTEE: Thank you.
13      All right. I'm going to open the floor up to
14  parties and interests if they've got any questions. I'm
15  going to try to go down the list. So if I've said your
16  name -- Mr. Coleman, do you have any questions?
17  MR. COLEMAN: Yeah. First of all, let me start by
18  saying that I'm -- I'm not an attorney and don't fully
19  understand your process. I believe one -- one of the
20  statements that one of you made early was that amounts
21  that are post-petition are to be paid in the normal
22  course of -- of business, and I don't know that I've said
23  that properly. But can you distinguish between -- we're
24  sitting here with a pre-petition claim, and then we have
25  amounts that are due us for post-petition. Could you

Page 17

just add some clarity to that?

U.S. TRUSTEE: Mr. Coleman, I -- I can address this first. The question I asked was about the payment -- post-petition taxes. So the question that I had, you have an obligation -- they have a -- the Debtors have an obligation to remain current with post-petition tax obligations. So I -- that was the -- I just did want to clarify that for the record.

But Mr. Coleman, if you want to ask your questions to Mr. Sabillo, he'll be able to -- to answer those.

MR. COLEMAN: Okay. So that's helpful. And what I heard you say is it was specific with respect to the tax obligations post-petition?

U.S. TRUSTEE: Yes.

MR. COLEMAN: Okay. Okay. Thank you for that.

So if someone could give me some color around the pre petition and how long -- you know, some idea of this process. I know that would be impossible to do in -- with any high degree of -- of accuracy, but I just -- I would like to have the general landscape of how it would work for folks like us that are still needing to provide services to the company pursuant to our obligations to them, and yet we have a pre-petition amount due us.

MS. WALLICE: Hi, Mr. Coleman. This is Anne Wallice. I can give you some -- some further information

Page 18

on -- on that process.

MR. COLEMAN: Great.

MS. WALLICE: It is -- of course, if there are individual questions after, you can feel free to reach out to me and I can direct you to the appropriate members of the team.

But generally, with respect to those pre petition outstanding amounts, there is a claim process. And you can reach out to the Debtor's claims agent, and that's Omni. Their information is available on the -- the Debtor's claims agent website. If you just Google Prospect on the bankruptcy docket, you'll be able to find that. But there will be a proof of claim process. And you -- if you believe you are owed any outstanding amounts from pre-petition, you can fill out that proof of claim form and submit it.

With respect to the timing and what that looks like, I think we're too early to give any sort of definitive answer as to what that will look like, what that process will look like at this time. But that's really the -- the steps you need to take or should take right now if you believe there are outstanding amounts.

MR. COLEMAN: And I -- thank you. I appreciate that. And just to clarify, we have filed our pre-petition claim, our unsecured claim or whatever it's

Page 19

called, so that's not something yet -- yet to be done on our side. So I -- I think we're -- we're hopefully -- and I've not been able to verify that you got it because the instructions were to send everything back by regular mail. So it's not like I have something that says it was definitively received. So --

MS. WALLICE: And -- and that's a -- that's a fair question. If you would like to reach out to me, we can confirm that you -- you received it. Alternatively, claims do become public on the claims agent website, so you'll be able to just check on that website and ensure that it has been -- been received and -- and is basically reflective of what you sent back to -- to Omni.

MR. COLEMAN: Okay. That's great. And I -- I will do that.

I am sorry, but so many names have been thrown around. Who is this speaking to me?

MS. WALLICE: Not a problem at all. This is Anne Wallice from Sidley.

MR. COLEMAN: Okay. Thank you, Anne. I appreciate your help. And that answers our question. Thank you.

MS. WALLICE: You're welcome. And just to give you my -- the spelling of my name is a little unusual. So should you want to -- to send us a note, my last name

Page 20

is actually W-A-L-L-I-C-E.

U.S. TRUSTEE: Okay. Mr. --

(Brief Interruption in Proceedings)

U.S. TRUSTEE: We are back on the record, I had lost the call. I had just -- Mr. Coleman had just finished his question and we are going to be turning -- Mr. Matt Borda, did you have any questions?

MR. BORDA: My questions were -- my client, Mr. Haffty -- my questions were on behalf of Haffty Consulting. He basically asked if -- we just want to know if we can get more information regarding the assumed AP that's going to go along with the Centurion sale.

If that is information I need to get from Centurion, I've -- I've been in contact with their counsel. If the Debtor can provide any information, that -- that would be nice. I do understand it is very specific to the various question that you say you don't have the answer right this extreme second, but we just want to know -- we want to know; one, if we're included in that, and also; two, how much that is. He would like to be able to -- he's providing the service for the Debtor. But it -- it just hasn't been -- it hasn't been provided yet, and it was filed after the deadline to oppose any sale. Not necessarily wanting to just -- we just want the information.

Page 21

1  MS. WALLICE: Sure. And if you want to reach out
2  to me, just because it is a specific question, we can
3  connect you to either Centurion or figure out kind of
4  best next step on that. And this is Anne Wallice.
5  MR. BORDA: Okay. Again, I -- I've just gotten --
6  finally was able to hear back from their attorney. This
7  happened just before we got on the call. But I mean,
8  since I'm already here and was waiting to see if anybody
9  would mention it. But I can -- I may reach out to you
10 anyway. But that -- that was really our concern.
11 U.S. TRUSTEE: Mr. Haffty, did you have any
12 follow-up questions?
13 MR. HAFFTY: I did not. I should have waited for
14 my attorney to -- to speak and explain it better than I
15 and understand the process better than I. Thanks for the
16 kindness.
17 U.S. TRUSTEE: Thank you.
18 Mr. Gordon, do you have any questions?
19 MR. GORDON: I do not.
20 U.S. TRUSTEE: Thank you.
21 MR. GORDON: Thank you.
22 U.S. TRUSTEE: Mr. -- Mr. Gluck, do you have any
23 questions?
24 MR. GLUCK: I do not.
25 U.S. TRUSTEE: Mr. Siesta (sic) from the LA Joint

Page 22

1  & Bone Group, do you have any questions?
2  MR. SESTI: Yes, and it's Jake Sesti, S-E-S-T-I.
3  Quick question. We represent a group of
4  orthopedic surgeons out of California, and I have a
5  question about the Debtor's process for designating
6  critical vendors. We saw some stuff on the docket about
7  a critical vendor motion and the Debtor's position that
8  they don't have to publish the list. So I was just
9  curious if the Debtor can give us more information about
10 how to get on that list, if they plan on publishing it
11 later, or -- or any other information about the critical
12 vendors.
13 MS. WALLICE: Hi, Mr. Sesti, this is Anne Wallice
14 with Sidley. We do not plan on publishing a critical
15 vendor list. If you want to reach out and ask about your
16 specific client, feel free to send a direct email and we
17 can talk further.
18 MR. SESTI: Okay. I hear somebody in the
19 background, but I heard you. We'll do that. Thank you
20 very much.
21 U.S. TRUSTEE: Thank you.
22 Mr. Blumenfeld?
23 MR. BLUMENFELD: Yes. No questions at this time.
24 U.S. TRUSTEE: Thank you.
25 Ms. Morgan?

Page 23

1  MS. MORGAN: Yes, thank you. Again, this is Sara
2  Morgan from Bass, Berry & Sims on behalf of Sound
3  Inpatient Physicians. And I heard y'all talk at the
4  beginning about how the sales for the Connecticut
5  facilities were still kind of in the early processes, so
6  that might answer this question. But we were just
7  wondering if there was any sort of decision making
8  process on -- on behalf of whether or not there was
9  assumption or rejection of the Connecticut facilities
10 contract. But like I said, maybe the -- maybe the fact
11 that you stated earlier that the sales were still in the
12 early processes answered that question.
13 MS. WALLICE: Hi, Ms. Morgan. Yes, we are --
14 we're not in a position at this stage to make any
15 determinations related to assumption or rejection of any
16 contracts for the other facilities.
17 MS. MORGAN: Okay. Thank you very much.
18 U.S. TRUSTEE: Mr. Higgins?
19 MR. HIGGINS: Yes. No questions. Thank you.
20 U.S. TRUSTEE: Thank you.
21 Mr. Walters?
22 Do we have -- any questions from Ms. Morales, or
23 anybody else at the Department of Labor?
24 MS. GEARRING: This is Wanda Gearring. I'm going
25 to send a direct email.

Page 24

1  U.S. TRUSTEE: Okay.
2  MS. MORALES: And I do -- I do have a question --
3  (inaudible) on -- we just want to verify if the
4  subsidiary Prospect Medical Systems, LLC, is included in
5  this bankruptcy.
6  MS. WALLICE: Hi, Ms. Morales, this is Anne
7  Wallice. No, it -- it is not included in this
8  bankruptcy.
9  MS. MORALES: Okay. Very good. Thank you for the
10 response.
11 Emma, do you have anything else for us?
12 MS. VIZZARENY: Yeah, just -- hi. This is Emma
13 Vizzareny, also with the Department of Labor.
14 Just because I've seen it written multiple ways,
15 does Prospect Medical Systems -- I have the employee
16 identification number if needed, but it may go by
17 incorporated or LLC -- either way, it's not included in
18 this bankruptcy. Is that correct?
19 MS. WALLICE: That's correct. And we did check
20 the EIN that you all sent over and confirmed it is not
21 included.
22 MS. VIZZARENY: Okay. Thank you very much.
23 U.S. TRUSTEE: Thank you.
24 Mr. Chester?
25 MR. CHESTER: I don't have any questions. Thank

Page 25

1   you.
2      U.S. TRUSTEE:  How about Mr. Forsythe?
3      MR. FORSYTHE:  Oh, thank you.
4      I'm staying with the critical vendor issue.  Do
5   you have the direct contact email that I should send
6   my -- my inquiry to?
7      MS. WALLICE:  Sure.  I'm going to give you two
8   names.  I'll give you myself, and then my colleague who
9   is handling much of the vendor work.
10     MR. FORSYTHE:  Sure.
11     MS. WALLICE:  So the first is my colleague, Rocky
12  Patel.  It is R-P-A-T-E-L@Sidley.com, and Sidley is
13  S-I-D-L-E-Y.
14     MR. FORSYTHE:  Hold on.
15     MS. WALLICE:  And my email address --
16     MR. FORSYTHE:  I apologize, I didn't hear.
17  Rocky -- I'm sorry, Rocky -- Rocky Patel with no period
18  between them, or there was a period?
19     MS. WALLICE:  It's R -- R-Patel, so no period
20  between it.  R-Patel.
21     MR. FORSYTHE:  R-Patel.  Got it.
22     MS. WALLICE:  Uh-huh.
23     MR. FORSYTHE:  Got it.  Okay.
24     MS. WALLICE:  And then mine is --
25     MR. FORSYTHE:  (Inaudible).

Page 26

1      MS. WALLICE:  -- sure.  It's Anne.Wallice.  And
2   that is spelled A-N-N-E.W-A-L-L-I-C-E@Sidley.com.
3      MR. FORSYTHE:  @Sidley.  Great.  Thank you very
4   much.
5      MS. WALLICE:  Of course.
6      U.S. TRUSTEE:  Thank you.  Ms. Martin?
7      MS. MARTIN:  Hi.  Good afternoon.  I just had one
8   question related to the sale of the Pennsylvania
9   hospitals.  Is there a date set for the continued sale
10  hearing at this time?
11     MS. WALLICE:  Hi, Ms. Martin.  This is Anne
12  Wallice.  No, we are still working with the Pennsylvania
13  AG's office on that transition, and we will file an
14  amended notice hearing once that -- once that hearing is
15  set.
16     MS. MARTIN:  Okay.  Thanks so much.
17     U.S. TRUSTEE:  Thank you.  Misty Perry Isaacson?
18     MS. ISAACSON:  No questions at this time.  Thank
19  you.
20     U.S. TRUSTEE:  How about Ms. Studeny -- I'm sure
21  I'm butchering it -- from Fisher -- Fisher Systems?
22     MS. STUDENY:  Joanna Studeny, no questions at this
23  time.  Thank you so much.
24     U.S. TRUSTEE:  Ms. Campbell?
25     MS. CAMPBELL:  Hi there.  No questions.  Thank

Page 27

1   you.
2      U.S. TRUSTEE:  Mr. Taubenfeld?
3      MR. TAUBENFELD:  Thank you.  Just a couple.
4      We have one housekeeping.  One is, when is the
5   resetting or the continuing date for the 341?
6      U.S. TRUSTEE:  Give me one moment.  It is, I
7   believe, March 20 at 1:30 p.m.  And it will --
8      MR. TAUBENFELD:  And did you say the schedule
9   extension was to March 11th?
10     U.S. TRUSTEE:  I -- maybe -- I don't know, Anne,
11  if you have that information handy, but I think it was 60
12  days.  So I think it's -- I think it's March 11th, but I
13  may have that date incorrect.  Or is it the 13th.
14     MS. WALLICE:  Yeah, let us confirm and if it's
15  not --
16     MR. TAUBENFELD:  And then just two general
17  questions.  One, I saw the stipulation filed between the
18  Debtors and BMT.  And it appeared that it is going to be
19  a precursor for a plan.  I listened to the first case
20  hearings and you originally said you were going to keep
21  the California locations.  But I've seen now that you
22  filed an application, you know, just that general omnibus
23  bidding and sale requirements for Connecticut and
24  California, so I assume that means you're selling
25  everything.  Will there be a plan of liquidation then?

Page 28

1      MS. WALLICE:  You are correct that our initial
2   plan was -- was to keep the California assets.  But
3   through discussions and negotiations with both our DIP
4   lender as well as MPT, the decision is to market those
5   assets.  I don't think at this stage we have any sort of
6   insight as to what deals the plan will look like.  Much
7   of it will depend on the -- the outcome of the sales
8   transactions.
9      MR. TAUBENFELD:  Very good.  And so without
10  holding you to any numbers, do you have any even wild
11  belief whether there will be any funds after the many
12  tranches of unsecured lenders and landlords that are
13  listed in that -- that long -- attachment to stipulation,
14  whether there will be anything for unsecured creditors.
15     MS. WALLICE:  Unfortunately, I -- I don't at this
16  stage.  So much of it is dependent upon the -- the actual
17  proceeds of each of those sales transactions.  So I
18  wouldn't even be able to kind of give a guess on that.
19     U.S. TRUSTEE:  And I'm sorry, if you're not --
20     MR. TAUBENFELD:  And my last question then is my
21  recollection was I think the deadline for bids of
22  Connecticut and California, which I think are the ones
23  that's like early June, is that -- do you think that's a
24  pretty firm date, or is that subject to move?
25     MS. WALLICE:  It -- and I'll actually, I'll kick

Page 29

1  to my colleague, Ms. Courtney, to confirm the 341 date.
2  I just wanted to mention that.
3       The early June date is the sale hearing. And I --
4  I apologize, I do not have the bid procedures in front of
5  me. I think that we are looking to stick to the -- the
6  timeline that's set forth in the bid procedure's motion
7  as much as possible. Obviously, the Debtors are very
8  focused on ensuring stability and certainty as to next
9  steps for -- for all of these assets. Obviously,
10 there's -- there are a lot of interested parties that,
11 you know, want to know what's going to happen. So I
12 think at this stage we -- we are going to stick very
13 closely to -- to that set forth schedule.
14      MR. TAUBENFELD: Okay.
15      MS. COURTNEY: Just something that -- sorry about
16 that. Just to jump in. This is Veronica Courtney with
17 Sidley Austin. Just wanted to confirm that the date that
18 the schedules and statements are due is March 13th.
19      MR. TAUBENFELD: Okay. Thank you.
20      That's it for me, Liz. Thanks.
21      U.S. TRUSTEE: Thanks, Marc.
22      Amos Maley?
23      MR. MALEY: No questions at this time. Thank you.
24      U.S. TRUSTEE: Thanks.
25      Grace Beauregard?

Page 30

1       MS. BEAUREGARD: No questions. Thank you.
2       U.S. TRUSTEE: Trey Monsour?
3       MR. MONSOUR: I have just a couple -- Trey
4  Monsour, I have a couple of questions.
5       Who of the Debtors would be most knowledgeable
6  about insurance matters?
7       MS. WALLICE: If you want to direct that to me,
8  I'm happy to put you in contact with the appropriate
9  party.
10      MR. MONSOUR: Is this Anne?
11      MS. WALLICE: This is. I'm sorry, I should
12 have -- I should have mentioned that when I started
13 speaking.
14      MR. MONSOUR: That's all right, Anne. Okay. Then
15 I'll -- I'll reach out to you offline then. Thank you.
16      MS. WALLICE: Okay. I appreciate that.
17      U.S. TRUSTEE: Okay. At this point I'm going to
18 open the floor up. I don't know if there's anybody who
19 has joined late, or anybody who has any follow-up
20 questions. But this is your opportunity to ask those
21 questions at this time.
22      MR. ARANI: I -- if I -- if I could jump in.
23 Anne. This is Gavin Arani from EPM.
24      I just want to clarify around the rejection or
25 assumption of contracts. As -- as of now, if I recall

Page 31

1  (inaudible) there's no definitive timeline in terms of --
2  of -- of when that will happen. Are you -- is it going
3  to be separate for all the different entities, or will it
4  be one -- will it be all at the same time? Do you know
5  that?
6       MS. WALLICE: So with respect -- and I -- your
7  question made me realize I wanted to further clarify.
8  There is a proposed assumption list with respect to Rhode
9  Island assets currently on file. We expect to file a
10 supplemental contract list with -- with associated
11 extension of the objection date there. I think for the
12 other assets, the current contemplation is they are all
13 subject to comment and -- and of course ultimate order.
14      The -- the plan is that for Connecticut and
15 California there would be one kind of global potential
16 assumption list with cures filed.
17      And then with respect to the actual assumed
18 contract for each asset for -- excuse me, for each sale,
19 those would be separate. So it's -- it's basically a two
20 phase process whereby first we would file a global list
21 with all potential contracts subject to assumption, and
22 then there would be a second phase where we would have
23 sales specific contracts.
24      To your question, if the sales are on a stability
25 (inaudible) basis versus California and Connecticut, each

Page 32

1  list would be tied to the specific APA that covers the
2  assets that are being purchased.
3       MR. ARANI: Okay. And then you mentioned a
4  supplement list for the Rhode Island facility. When do
5  you expect to have that out?
6       MS. WALLICE: We hope to have that out no later
7  than the early -- early next week.
8       MR. ARANI: Okay. So that's -- okay. So end of
9  the month pretty much.
10      All right. And the -- the proposed (inaudible) I
11 think I've already seen that. There -- there was only a
12 few -- few contracts (inaudible) something if I recall.
13      MS. WALLICE: That's correct.
14      MR. ARANI: Okay. Thank you very much.
15      U.S. TRUSTEE: Anyone else?
16      Okay. Hearing none, we --
17      MS. CANZONERI: I'm sorry, I put it on mute. Can
18 you hear me?
19      U.S. TRUSTEE: Yes, I can hear you fine.
20      MS. CANZONERI: Thank you. This is Jacqueline
21 Canada, counsel for the Hospital and Healthcare Workers
22 Pension Fund.
23      I just have one question at this point. We were
24 wondering, has the Debtor been paying his hospital staff
25 the post-petition wages and benefits? And if not, why

Page 33

1  not.
2       MS. WALLICE:  Hi, Jacqueline.  This is Anne.  Yes,
3  we have maintained post petition benefits and wages in
4  the ordinary course.
5       MS. CANZONERI:  Thank you.
6       U.S. TRUSTEE:  And I do -- Mr. Sabillo, there's --
7  Ms. Wallice has made quite a few statements.  Is there
8  any -- anything you would change or correct to any of the
9  statements that she made at this time?
10      MR. SABILLO:  There's no -- none.  Thank you.
11      U.S. TRUSTEE:  Thank you so much.
12      Any last minute questions for today?
13      Okay.  So then we will look out for the schedules
14  to be filed March 13th, and we are continued in all of
15  these cases -- the 341 Meetings will be continued until
16  March 20th at 1:30.
17      Thank you all.
18      UNIDENTIFIED MALE:  Thank you, Anne.
19      UNIDENTIFIED MALE:  Thank you.
20           (End of Proceedings)

Page 34

1  I certify that the foregoing is a transcript prepared from the
2  audio recording of proceedings in the above-entitled matter.

4  /s/ Lori Barnett                March 4, 2025
   COURT REPORTER                  DATE

## WORD INDEX

< 1 >
**1:30**  27:*7*  33:*16*
**10,000**  10:*18*
**100**  1:*18*
**10019**  1:*23*
**11**  1:*5*
**11th**  10:*5*  12:*5*
 13:*25*  27:*9*, *12*
**13th**  27:*13*  29:*18*
 33:*14*
**18th**  15:*22*

< 2 >
**20**  27:*7*
**2025**  1:*12*  10:*5*  12:*5*,
*7*  34:*4*
**20th**  33:*16*
**21**  1:*12*
**212.839.6021**  1:*24*
**214.767.8967**  1:*19*
**21st**  12:*7*
**25-80002**  1:*6*
**25-80002-(SGJ)-11**
 3:*5*

< 3 >
**30**  15:*12*
**31st**  12:*10*
**341**  1:*11*  3:*3*  9:*23*
 13:*5*  27:*5*  29:*1*
 33:*15*

< 4 >
**4**  34:*4*

< 6 >
**60**  15:*12*  27:*11*

< 7 >
**75242**  1:*19*
**787**  1:*23*

< 9 >
**976**  1:*18*

< A >
**ability**  14:*8*
**able**  17:*10*  18:*12*
 19:*3*, *11*  20:*21*  21:*6*
 28:*18*
**above-entitled**  34:*2*
**accuracy**  17:*19*
**accurate**  13:*15*  14:*13*
**accurately**  14:*12*
 16:*9*
**actively**  13:*21*
**actual**  28:*16*  31:*17*
**add**  14:*14*  15:*3*
 16:*11*  17:*1*
**additional**  11:*12*, *13*
**address**  17:*2*  25:*15*
**ADMINISTERED**
 1:*7*  3:*7*
**Administration**  7:*11*,
*15*, *21*  11:*15*
**administrative**  9:*24*
 11:*20*
**Advisor**  11:*7*
**affairs**  9:*21*  13:*3*
**affiliated**  10:*8*
**affirm**  9:*15*
**afternoon**  26:*7*
**agent**  18:*9*, *11*  19:*10*
**AG's**  16:*6*  26:*13*
**ahead**  3:*2*  5:*5*
**AL**  1:*6*
**Alfredo**  4:*3*, *4*, *6*
 13:*8*, *13*  15:*2*
**Alliance**  8:*13*
**Allied**  7:*8*
**allow**  9:*25*
**allowed**  14:*3*
**Alternatively**  19:*9*
**Alvarez**  3:*12*, *13*, *14*,
*17*, *18*, *20*  4:*7*  11:*6*
**amended**  26:*14*
**American**  7:*24*
**Amos**  8:*19*, *23*  29:*22*
**amount**  17:*23*
**amounts**  16:*20*, *25*
 18:*8*, *15*, *22*
**and/or**  15:*3*
**ANNE**  1:*21*  3:*11*
 12:*18*  17:*24*  19:*18*,
*20*  21:*4*  22:*13*  24:*6*
 26:*11*  27:*10*  30:*10*,
*14*, *23*  33:*2*, *18*
**Anne.Wallice**  26:*1*
**A-N-N-E.W-A-L-L-I-
C-E@Sidley.com**  26:*2*
**announced**  15:*16*
**answer**  17:*10*  18:*19*
 20:*18*  23:*6*
**answered**  23:*12*
**answers**  19:*21*
**anticipate**  11:*12*
**anybody**  5:*2*, *13*, *21*,
*25*  6:*21*  21:*8*  23:*23*
 30:*18*, *19*
**anyway**  21:*10*
**AP**  20:*12*
**APA**  32:*1*
**apologize**  25:*16*  29:*4*
**appearance**  6:*23*
 9:*10*, *11*
**APPEARANCES**
 1:*16*  3:*11*, *12*
**appeared**  27:*18*
**application**  27:*22*
**applications**  11:*5*
**appointment**  16:*1*, *2*
**appreciate**  18:*23*
 19:*21*  30:*16*
**appropriate**  18:*5*
 30:*8*
**approval**  15:*8*, *13*
**approving**  12:*3*
**Approximately**  10:*16*,
*18*
**ARANI**  30:*22*, *23*
 32:*3*, *8*, *14*
**Arensberg**  8:*10*
**Arnold**  4:*24*
**asked**  17:*3*  20:*10*
**aspect**  4:*15*
**asset**  31:*18*
**assets**  14:*6*, *21*  28:*2*,
*5*  29:*9*  31:*9*, *12*  32:*2*
**associated**  4:*14*  31:*10*
**Association**  7:*8*
**assume**  27:*24*
**assumed**  20:*11*  31:*17*
**assumption**  23:*9*, *15*
 30:*25*  31:*8*, *16*, *21*
**attachment**  28:*13*
**attorney**  4:*12*  13:*14*
 14:*12*  16:*18*  21:*6*, *14*
**audio**  2:*4*  34:*2*
**AUSTIN**  1:*22*  11:*6*
 29:*17*
**available**  18:*10*
**AVENUE**  1:*23*

< B >
**back**  12:*24*  13:*4*
 19:*4*, *13*  20:*4*  21:*6*
**background**  6:*5*
 22:*19*
**BANKRUPTCY**  1:*1*
 3:*4*  10:*25*  13:*7*  14:*1*,
*8*, *19*  15:*24*  18:*12*
 24:*5*, *8*, *18*
**Barnett**  34:*4*
**basically**  15:*25*
 19:*12*  20:*10*  31:*19*
**basis**  31:*25*
**Bass**  6:*25*  23:*2*
**BEAUREGARD**  9:*1*,
*2*  29:*25*  30:*1*
**Beckman**  8:*6*
**began**  13:*24*
**beginning**  23:*4*
**begun**  15:*17*, *23*
**behalf**  3:*23*  5:*2*, *23*,
*25*  6:*1*, *14*  7:*1*, *4*
 8:*13*  9:*6*  20:*9*  23:*2*,
*8*
**belief**  28:*11*
**believe**  3:*25*  9:*22*
 16:*19*  18:*14*, *22*  27:*7*
**Benefit**  7:*10*, *15*, *21*
**benefits**  32:*25*  33:*3*
**Bernstein**  8:*5*
**Berry**  6:*25*  23:*2*
**best**  12:*12*  15:*4*  21:*4*
**better**  21:*14*, *15*
**bid**  29:*4*, *6*
**Bidding**  15:*20*  27:*23*
**bids**  28:*21*
**BLUMENFELD**  6:*18*,
*19*  22:*22*, *23*
**BMT**  27:*18*
**Board**  14:*1*
**Bone**  6:*14*  22:*1*

**BORDA**  4:*16, 18, 19*  20:*7, 8*  21:*5*
**brief**  9:*25*  20:*3*
**briefly**  10:*6*  13:*6*
**bring**  13:*21*
**bunch**  6:*5*
**Burkley**  8:*6*
**business**  10:*7*  16:*22*
**butchering**  26:*21*

**< C >**
**California**  6:*9, 11, 20*  7:*19*  8:*18*  15:*19*  22:*4*  27:*21, 24*  28:*2, 22*  31:*15, 25*
**call**  20:*5*  21:*7*
**called**  19:*1*
**CAMPBELL**  8:*12*  26:*24, 25*
**Canada**  32:*21*
**Cantey**  8:*13*
**CANZONERI**  32:*17, 20*  33:*5*
**care**  4:*14*  10:*10*
**CASE**  1:*6*  3:*5*  10:*1, 25*  11:*15, 18, 25*  27:*19*
**cases**  3:*7*  10:*5*  12:*5*  13:*7*  14:*3*  33:*15*
**Cash**  12:*3*
**CAT**  2:*5*
**caused**  13:*6*
**centers**  10:*12*
**Centurion**  15:*9, 10*  20:*12, 14*  21:*3*
**certain**  14:*4*  15:*9*
**certainty**  29:*8*
**certify**  34:*1*
**CFO**  4:*1*
**change**  33:*8*
**changes**  15:*13*
**CHAPTER**  1:*5*
**check**  11:*16*  19:*11*  24:*19*
**CHESTER**  7:*23, 24*  24:*24, 25*
**Christopher**  3:*17*
**circle**  13:*4*
**City**  9:*2*

**claim**  16:*24*  18:*8, 13, 16, 25*
**claimants**  8:*17*  9:*7*
**claims**  18:*9, 11*  19:*10*
**clarify**  17:*8*  18:*24*  30:*24*  31:*7*
**clarity**  17:*1*
**Cleaning**  8:*14*
**client**  6:*22*  20:*8*  22:*16*
**clinics**  10:*11*
**closely**  16:*5*  29:*13*
**closing**  15:*11, 12*
**COLEMAN**  5:*3, 5, 8, 9*  16:*16, 17*  17:*2, 9, 11, 15, 24*  18:*2, 23*  19:*14, 20*  20:*5*
**colleague**  25:*8, 11*  29:*1*
**color**  17:*16*
**comma**  5:*9*
**commence**  3:*2*  9:*22*
**commencing**  3:*10*
**comment**  31:*13*
**COMMERCE**  1:*18*
**Commercial**  8:*14*
**committee**  4:*11, 12, 20, 21*
**companies**  10:*8*
**company**  17:*22*
**completed**  13:*15*
**concern**  21:*10*
**conclusion**  3:*8*
**confirm**  15:*3*  19:*9*  27:*14*  29:*1, 17*
**confirmed**  24:*20*
**connect**  21:*3*
**Connecticut**  6:*7*  7:*25*  8:*2*  9:*3*  15:*18*  23:*4, 9*  27:*23*  28:*22*  31:*14, 25*
**connection**  3:*4*
**Consolidated**  8:*20*
**consortium**  16:*4*
**Construction**  8:*8*
**Consulting**  4:*14, 19*  20:*10*
**consummate**  14:*4*
**contact**  15:*22*  20:*14*

25:*5*  30:*8*
**contemplation**  31:*12*
**continue**  9:*23*  15:*10*  16:*4, 6*
**continued**  13:*5*  26:*9*  33:*14, 15*
**continuing**  27:*5*
**contract**  23:*10*  31:*10, 18*
**contracts**  23:*16*  30:*25*  31:*21, 23*  32:*12*
**controlled**  14:*7*
**copies**  11:*22*  12:*20*
**correct**  12:*10*  24:*18, 19*  28:*1*  32:*13*  33:*8*
**Coulter**  8:*6*
**counsel**  4:*19*  8:*3, 6, 19*  11:*8, 9*  20:*15*  32:*21*
**couple**  27:*3*  30:*3, 4*
**Course**  11:*10, 14*  16:*22*  18:*3*  26:*5*  31:*13*  33:*4*
**COURT**  1:*1*  15:*7, 14, 24*  34:*4*
**COURTNEY**  1:*22*  3:*11*  29:*1, 15, 16*
**Court's**  15:*13*
**covers**  32:*1*
**creditor**  5:*11*  6:*14, 19, 22*  8:*4, 6, 8, 13, 20*
**CREDITORS**  1:*11*  2:*1*  3:*3*  4:*11, 12, 22*  8:*11*  10:*2*  28:*14*
**crises**  13:*24*
**critical**  22:*6, 7, 11, 14*  25:*4*
**CRO**  11:*6*
**Crozer**  8:*17*
**cures**  31:*16*
**curious**  22:*9*
**current**  4:*14*  10:*19, 21, 24*  11:*24*  12:*21*  17:*6*  31:*12*
**currently**  31:*9*

**< D >**
**D/B/A**  5:*9*

**DALLAS**  1:*3, 19*  8:*16*
**Darby**  7:*4*
**date**  26:*9*  27:*5, 13*  28:*24*  29:*1, 3, 17*  31:*11*  34:*4*
**David**  4:*13*
**days**  15:*12*  27:*12*
**deadline**  9:*20*  20:*23*  28:*21*
**deals**  28:*6*
**Debtor**  10:*17*  11:*4*  20:*15, 22*  22:*9*  32:*24*
**DEBTORS**  1:*7, 21*  3:*23*  9:*25*  12:*8, 22*  13:*7, 20*  14:*2, 9*  15:*7, 10, 17*  16:*4*  17:*5*  27:*18*  29:*7*  30:*5*
**debtor's**  4:*1*  12:*20*  18:*9, 11*  22:*5, 7*
**decision**  14:*2, 10*  23:*7*  28:*4*
**definitive**  18:*19*  31:*1*
**definitively**  19:*6*
**degree**  17:*19*
**Department**  7:*10, 16, 19, 22*  23:*23*  24:*13*
**depend**  28:*7*
**dependent**  28:*16*
**designating**  22:*5*
**determinations**  23:*15*
**determined**  15:*7*
**different**  10:*11*  14:*21, 22*  31:*3*
**DIP**  5:*21*  11:*3*  28:*3*
**direct**  18:*5*  22:*16*  23:*25*  25:*5*  30:*7*
**directors**  12:*21*
**discussions**  12:*8*  28:*3*
**disk**  12:*13*
**distinguish**  16:*23*
**DISTRICT**  1:*2*  7:*5*
**divest**  14:*21*
**DIVISION**  1:*3*
**docket**  18:*12*  22:*6*
**downsize**  13:*22*
**Duane**  11:*8*
**due**  12:*6*  16:*25*  17:*23*  29:*18*

**< E >**
earlier  23:*11*
early  9:*22*  15:*20, 23*  16:*20*  18:*18*  23:*5, 12*  28:*23*  29:*3*  32:*7*
eCapital  5:*15, 19*
EIN  24:*20*
either  16:*7*  21:*3*  24:*17*
ELIZABETH  1:*17*
email  22:*16*  23:*25*  25:*5, 15*
Emily  8:*12*
Emma  7:*20*  24:*11, 12*
employ  11:*15*
Employee  7:*10, 15, 21*  24:*15*
employees  10:*16*
employment  11:*4*
ensure  19:*11*
ensuring  29:*8*
entered  11:*3, 11*  14:*5*  15:*25*
Entities  8:*11*  10:*17*  31:*3*
environment  14:*7*
EPM  30:*23*
Eric  7:*23, 24*
ET  1:*6*
excuse  31:*18*
expect  15:*12*  31:*9*  32:*5*
Expedient  8:*4*
explain  21:*14*
explained  14:*18*
extend  9:*20*
extension  27:*9*  31:*11*
extreme  20:*18*

**< F >**
facilities  10:*10*  23:*5, 9, 16*
facility  32:*4*
fact  23:*10*
failed  13:*22*  14:*4*
fair  19:*7*
fast  12:*12*
FEBRUARY  1:*12*

12:*7*  15:*22*
Federation  7:*24*
feel  18:*4*  22:*16*
figure  21:*3*
file  13:*7*  14:*10, 19*  26:*13*  31:*9, 20*
filed  10:*5*  11:*4*  12:*5, 9*  15:*21*  18:*24*  20:*23*  27:*17, 22*  31:*16*  33:*14*
filing  13:*23*  14:*1, 3*
filings  13:*24*
fill  18:*15*
final  11:*2*
finally  21:*6*
financial  9:*21*  11:*7*  13:*3*
financing  4:*15*  14:*20*
find  18:*12*
fine  5:*5*  13:*12*  32:*19*
finished  20:*6*
firm  28:*24*
first  3:*16*  12:*6*  16:*17*  17:*3*  25:*11*  27:*19*  31:*20*
Fisher  8:*10*  26:*21*
five  7:*25*
Fletcher  6:*14*
floor  10:*1*  16:*13*  30:*18*
focused  29:*8*
Foley  5:*18*
folks  17:*21*
following  15:*12*
follows  9:*20*
follow-up  21:*12*  30:*19*
foregoing  34:*1*
form  18:*16*
format  9:*19*
FORSYTHE  8:*3*  25:*2, 3, 10, 14, 16, 21*,  23, 25  26:*3*
forth  29:*6, 13*
forward  14:*9*
Foundation  15:*10*
Fox  7:*4*
free  18:*4*  22:*16*
front  29:*4*

Fulbright  5:*23*
full  12:*23*
fully  16:*18*
fulsome  10:*3*
Fund  32:*22*
Funding  5:*10*
funds  28:*11*
further  17:*25*  22:*17*  31:*7*

**< G >**
Gavin  30:*23*
GEARRING  7:*18*  23:*24*
general  6:*22*  17:*20*  27:*16, 22*
generally  18:*7*
getting  3:*12*  6:*4*
give  9:*16*  14:*24*  15:*2*  17:*16, 25*  18:*18*  19:*23*  22:*9*  25:*7, 8*  27:*6*  28:*18*
given  15:*4*
global  31:*15, 20*
GLUCK  5:*22*  21:*22, 24*
go  3:*2, 7, 16*  5:*5*  16:*15*  20:*12*  24:*16*
going  3:*2*  4:*1*  5:*6*  11:*14*  12:*6, 9, 16*  16:*13, 15*  20:*6, 12*  23:*24*  25:*7*  27:*18, 20*  29:*11, 12*  30:*17*  31:*2*
Good  6:*18*  8:*7*  24:*9*  26:*7*  28:*9*
Google  18:*11*
GORDON  5:*16, 18*  21:*18, 19, 21*
gotten  21:*5*
govern  15:*21*
Grace  9:*2*  29:*25*
granted  11:*5*
Great  18:*2*  19:*14*  26:*3*
Greenlight  6:*19*
Group  5:*9*  6:*15*  22:*1, 3*
guess  28:*18*

**< H >**

HAFFTY  4:*13, 19*  20:*9*  21:*11, 13*
Hampton  11:*9*
hand  9:*13*
handling  25:*9*
handy  27:*11*
Hanger  8:*13*
happen  29:*11*  31:*2*
happened  21:*7*
happy  13:*9*  30:*8*
Hardt  8:*16*
Healthcare  32:*21*
hear  5:*16*  21:*6*  22:*18*  25:*16*  32:*18, 19*
heard  17:*12*  22:*19*  23:*3*
hearing  15:*7, 11, 17*  26:*10, 14*  29:*3*  32:*16*
hearings  27:*20*
he'll  17:*10*
Hello  4:*16*
help  19:*21*
helpful  17:*11*
Hey  5:*22*
Hi  4:*4, 6, 17, 24*  5:*16*,  18, 20  7:*9*  8:*9, 12, 19*  17:*24*  22:*13*  23:*13*  24:*6, 12*  26:*7, 11, 25*  33:*2*
HIGGINS  7:*3*  23:*18, 19*
Higgs  6:*14*
high  17:*19*
highest  14:*15*
hiring  11:*12*
Hold  25:*14*
holding  28:*10*
HOLDINGS  1:*6*  3:*4*  10:*7*
hope  32:*6*
hopefully  12:*13*  19:*2*
Hospital  8:*17*  10:*10*  15:*19*  32:*21, 24*
hospitals  8:*2, 18*  10:*11, 13*  15:*9*  16:*3*  26:*9*
Houlihan  11:*6*
housekeeping  27:*4*

< I >
idea  17:17
identification  24:16
Imaging  6:19
impossible  17:18
inaudible  4:25  10:9
 14:10, 16  24:3  25:25
 31:1, 25  32:10, 12
included  20:19  24:4,
 7, 17, 21
incorporated  24:17
incorrect  27:13
indicated  15:15
individual  18:4
information  12:25
 17:25  18:10  20:11,
 13, 15, 25  22:9, 11
 27:11
initial  15:17, 22  28:1
injury  8:17
Inpatient  7:1  23:3
inquiry  25:6
insight  28:6
instructions  19:4
insurance  11:23, 24
 30:6
intent  16:2
interested  15:22
 29:10
interests  16:14
Interruption  20:3
involved  13:20  14:20
Isaacson  8:8  26:17,
 18
Island  6:2  14:5
 15:9  31:9  32:4
issue  25:4
its  10:8

< J >
Jacqueline  32:20
 33:2
Jake  5:18, 20  6:13
 22:2
January  10:5  12:5
 13:25
JNB  5:21, 23
Joanna  8:9  26:22

John  7:6
joined  30:19
Joint  6:15  21:25
JOINTLY  1:7  3:6
jump  29:16  30:22
June  28:23  29:3

< K >
Katten  11:7
keep  27:20  28:2
kick  28:25
kind  11:17  12:14
 14:7, 18, 25  21:3
 23:5  28:18  31:15
kindness  21:16
know  11:17, 18
 14:16  16:22  17:17,
 18  20:11, 19  27:10,
 22  29:11  30:18  31:4
knowledgeable  30:5
Kristian  5:22

< L >
LA  6:14  21:25
Labor  7:10, 16, 19,
 22  23:23  24:13
landlords  28:12
landscape  17:20
Lara  8:5
Lardner  5:19
late  30:19
led  13:23
lender  5:21  28:4
lenders  28:12
lifting  15:25
limited  16:1
line  4:8, 11  5:13, 15
liquidation  27:25
liquidity  13:21, 24
 14:20
list  12:23  16:15
 22:8, 10, 15  31:8, 10,
 16, 20  32:1, 4
listed  28:13
listen  13:13
listened  27:19
little  19:24
Liz  5:22  29:20
LLC  6:19  8:4  24:4,

17
LLP  1:22  7:4
locations  27:21
Lokey  11:6
long  17:17  28:13
look  18:19, 20  28:6
 33:13
looking  13:21  29:5
looks  18:17
Lori  34:4
lost  20:5
lot  29:10

< M >
Mack  6:14
mail  19:5
maintained  33:3
making  23:7
MALE  8:25  33:18,
19
MALEY  8:19, 23
 29:22, 23
malpractice  9:6
Management  12:3, 4
 14:2
Manchester  8:1
Marc  8:3, 15  29:21
March  9:22  12:10
 27:7, 9, 12  29:18
 33:14, 16  34:4
Mark  5:8
market  14:6  28:4
markets  14:22
Markowitz  7:6
Marsal  3:12, 13, 14,
 17, 19, 20  4:8  11:6
MARTIN  8:5  26:6,
 7, 11, 16
Matt  4:18  20:7
matter  34:2
matters  30:6
Matthew  7:3
mean  14:18  21:7
means  27:24
MEDICAL  1:6  3:3
 5:13  8:20  9:6  10:7
 24:4, 15
MEETING  1:11  3:3,
 6, 8, 10  9:19, 23  13:5

Meetings  33:15
members  8:1  18:5
mention  21:9  29:2
mentioned  30:12
 32:3
MIK  8:8
Mike  6:11
mine  25:24
minute  33:12
minutes  9:24
Misty  8:7  26:17
moment  27:6
MONSOUR  9:5, 6
 30:2, 3, 4, 10, 14
month  32:9
monthly  12:17
MORALES  7:9, 14,
 17  23:22  24:2, 6, 9
MORGAN  6:24, 25
 22:25  23:1, 2, 13, 17
morning  6:18  8:7
Morris  11:8
Motion  11:10  22:7
 29:6
move  14:8  28:24
MPT  15:16  28:4
Muchin  11:7
Mullin  11:9
multiple  24:14
Munsch  8:15
mute  6:4  32:17

< N >
name  3:14  5:6, 8
 6:12, 13, 24  7:12
 8:21  16:16  19:24, 25
names  19:16  25:8
National  4:25
necessarily  4:20
 20:24
need  11:19  18:21
 20:13
needed  24:16
needing  17:21
negotiations  28:3
NEW  1:23
nice  20:16
NIEMERG  3:18
nonprofit  16:4

normal  16:*21*
NORTHERN  1:*2*
Norton  5:*23*
note  19:*25*
noted  15:*11*
notice  26:*14*
Number  3:*5*  9:*6*
 13:*20*  24:*16*
numbers  28:*10*
Nurses  7:*8*
NY  1:*23*

< O >
objection  31:*11*
obligation  10:*23*
 11:*23*  17:*5*, *6*
obligations  10:*25*
 11:*24*  17:*7*, *13*, *22*
Obviously  29:*7*, *9*
occur  15:*12*
offering  12:*6*
OFFICE  1:*18*  16:*6*
 26:*13*
officers  12:*21*
offline  30:*15*
Oh  25:*3*
Okay  3:*16*  4:*2*, *7*, *9*,
 *23*  5:*1*  6:*16*, *17*  9:*19*
 11:*20*  12:*16*, *19*
 13:*18*  15:*6*  17:*11*, *15*
 19:*14*, *20*  20:*2*  21:*5*
 22:*18*  23:*17*  24:*1*, *9*,
 *22*  25:*23*  26:*16*
 29:*14*, *19*  30:*14*, *16*,
 *17*  32:*3*, *8*, *14*, *16*
 33:*13*
OLSON  3:*20*
Omni  18:*10*  19:*13*
omnibus  27:*22*
once  9:*9*  26:*14*
ones  28:*22*
open  9:*9*  10:*1*  16:*13*
 30:*18*
operating  12:*17*
operation  13:*23*
operational  10:*14*
operators  16:*4*
opportunity  30:*20*
oppose  20:*24*

order  11:*3*  12:*2*
 15:*25*  31:*13*
orders  11:*11*
Ordinary  11:*10*, *14*
 33:*4*
Ori  6:*19*
originally  27:*20*
orthopedic  22:*4*
outcome  28:*7*
outpatient  10:*11*
outreach  15:*17*
outstanding  18:*8*, *14*, *22*
overall  13:*23*
owed  18:*14*

< P >
p.m  27:*7*
PACHUKEN  4:*24*
paid  16:*21*
parties  15:*23*  16:*14*
 29:*10*
Partners  5:*10*
party  5:*7*  30:*9*
Pasadena  7:*19*
Patel  25:*12*, *17*
patient  14:*15*
patient's  14:*17*
paying  32:*24*
payment  10:*24*  17:*4*
payroll  10:*19*, *21*
PBGC  5:*25*
pending  11:*25*
Pennsylvania  6:*8*
 7:*7*  15:*24*  16:*2*, *3*, *6*
 26:*8*, *12*
Pension  32:*22*
period  25:*17*, *18*, *19*
PERRY  8:*7*  26:*17*
personal  8:*16*
petition  14:*19*  17:*17*
 18:*7*, *25*  33:*3*
phase  31:*20*, *22*
Philadelphia  7:*7*
phone  6:*4*
Physicians  7:*2*  23:*3*
pin  13:*3*
plan  22:*10*, *14*  27:*19*, *25*  28:*2*, *6*  31:*14*

please  3:*13*, *14*  9:*13*, *17*
point  30:*17*  32:*23*
policies  11:*23*
position  22:*7*  23:*14*
possible  29:*7*
post  33:*3*
post-petition  10:*24*
 16:*21*, *25*  17:*4*, *6*, *13*
 32:*25*
potential  31:*15*, *21*
pre  17:*17*  18:*7*, *24*
precursor  27:*19*
prepared  34:*1*
preparing  12:*17*
pre-petition  16:*24*
 17:*23*  18:*15*
presentation  9:*25*
preserve  14:*20*
pretty  28:*24*  32:*9*
Prior  3:*10*
priority  14:*15*
probably  12:*9*
problem  19:*18*
procedures  15:*20*
 29:*4*
procedure's  29:*6*
Proceedings  2:*4*
 20:*3*  33:*20*  34:*2*
proceeds  10:*25*  28:*17*
process  15:*1*, *14*, *18*,
 *20*  16:*6*, *19*  17:*18*
 18:*1*, *8*, *13*, *20*  21:*15*
 22:*5*  23:*8*  31:*20*
processes  23:*5*, *12*
produced  2:*5*
Professionals  7:*8*
 11:*10*, *13*, *14*, *19*
progress  11:*18*
proof  18:*13*, *15*
properly  16:*23*
Properties  5:*14*
proposed  31:*8*  32:*10*
PROSPECT  1:*6*  3:*3*
 4:*5*, *15*  10:*7*  18:*12*
 24:*4*, *15*
provide  4:*1*  10:*9*, *10*
 12:*12*, *24*  17:*21*
 20:*15*

provided  14:*12*  20:*23*
providing  20:*21*
Province  4:*25*
public  19:*10*
publish  22:*8*
publishing  22:*10*, *14*
purchased  32:*2*
pursuant  17:*22*
put  13:*3*  30:*8*  32:*17*

< Q >
question  13:*4*  17:*3*, *4*  19:*8*, *21*  20:*6*, *17*
 21:*2*  22:*3*, *5*  23:*6*, *12*
 24:*2*  26:*8*  28:*20*
 31:*7*, *24*  32:*23*
questions  9:*9*  10:*2*
 16:*14*, *16*  17:*9*  18:*4*
 20:*7*, *8*, *9*  21:*12*, *18*,
 *23*  22:*1*, *23*  23:*19*, *22*
 24:*25*  26:*18*, *22*, *25*
 27:*17*  29:*23*  30:*1*, *4*,
 *20*, *21*  33:*12*
Quick  22:*3*
quite  33:*7*

< R >
raise  9:*12*
reach  18:*4*, *9*  19:*8*
 21:*1*, *9*  22:*15*  30:*15*
realize  31:*7*
really  18:*21*  21:*10*
recall  30:*25*  32:*12*
receive  11:*22*  12:*20*
received  15:*8*  19:*6*, *9*, *12*
Receiver  16:*1*, *5*
recollection  28:*21*
record  3:*15*  10:*6*
 11:*2*, *22*  12:*2*, *19*
 13:*6*  17:*8*  20:*4*
recorded  2:*4*
recording  2:*4*  34:*2*
reflect  16:*9*
reflective  19:*13*
regarding  20:*11*
regular  19:*4*
rejection  23:*9*, *15*
 30:*24*

related  15:*18*  23:*15*
 26:*8*
relief  16:*1*
remain  10:*24*  11:*24*
 17:*6*
report  12:*6*
REPORTER  34:*4*
reports  12:*17*
represent  4:*21*  5:7, *9*
 7:*24*  8:*16*  22:*3*
representative  4:*10*
representing  7:*7*
 8:*10*
represents  7:*25*
requirements  9:*24*
 11:*21*  27:*23*
resetting  27:*5*
respect  15:*8*, *15*, *24*
 17:*12*  18:*7*, *17*  31:*6*,
*8*, *17*
response  24:*10*
restate  3:*14*
returns  12:*20*
Rhode  6:*2*  14:*5*
 15:*9*  31:*8*  32:*4*
Richard  3:*18*
Richman  7:*7*
Richter  11:*9*
right  6:*1*  9:*13*
 11:*17*  12:*24*  16:*13*
 18:*22*  20:*18*  30:*14*
 32:*10*
Riley  3:*20*
risk  14:*17*
Rockville  8:*1*
Rocky  25:*11*, *17*
ROOM  1:*18*
Rose  5:*23*
Rosenman  11:*7*
Rothschild  7:*4*
Roxana  7:*9*, *14*
R-Patel  25:*19*, *20*, *21*
R-P-A-T-E-
L@Sidley.com  25:*12*
run  9:*24*

< S >
SABILLO  4:*4*  9:*12*,
*14*, *18*  10:*6*, *9*, *15*, *18*,
*20*, *22*  11:*1*, *16*  12:*1*,
*11*, *18*, *23*  13:*11*, *17*
 14:*11*, *14*  16:*9*, *11*
 17:*10*  33:*6*, *10*
safety  14:*16*, *17*
sale  15:*1*, *8*, *13*, *18*
 20:*12*, *24*  26:*8*, *9*
 27:*23*  29:*3*  31:*18*
sales  14:*5*, *9*  15:*21*
 23:*4*, *11*  28:*7*, *17*
 31:*23*, *24*
Sara  6:*24*, *25*  23:*1*
saw  22:*6*  27:*17*
saying  16:*18*
says  13:*14*, *15*  19:*5*
schedule  12:*13*  27:*8*
 29:*13*
schedules  9:*21*  10:*4*
 13:*2*  29:*18*  33:*13*
School  7:*5*
Scientific  8:*10*
second  20:*18*  31:*22*
Security  7:*11*, *15*, *21*
see  11:*17*  21:*8*
seeking  11:*15*
seen  24:*14*  27:*21*
 32:*11*
selling  27:*24*
send  19:*4*, *25*  22:*16*
 23:*25*  25:*5*
sent  19:*13*  24:*20*
separate  31:*3*, *19*
series  8:*16*
serve  3:*5*
service  20:*21*
services  17:*22*
SESTI  6:*13*  22:*2*, *13*,
*18*
S-E-S-T-I  22:*2*
set  26:*9*, *15*  29:*6*, *13*
settlement  15:*16*
SEVENTH  1:*23*
severe  13:*24*
SGJ  1:*6*
Sheppard  11:*8*
sic  21:*25*
side  19:*2*
SIDLEY  1:*22*  11:*5*
 19:*19*  22:*14*  25:*12*
 26:*3*  29:*17*

S-I-D-L-E-Y  25:*13*
Siesta  21:*25*
Sims  6:*25*  7:*1*  23:*2*
sitting  16:*24*
somebody  4:*9*  22:*18*
sorry  4:*9*  5:*4*  6:*12*,
*13*  7:*23*  9:*1*  19:*16*
 25:*17*  28:*19*  29:*15*
 30:*11*  32:*17*
sort  18:*18*  23:*7*  28:*5*
Sound  7:*1*  23:*2*
speak  21:*14*
SPEAKER  6:*3*
speaking  19:*17*  30:*13*
Special  11:*7*, *8*, *9*
specific  10:*2*  17:*12*
 20:*17*  21:*2*  22:*16*
 31:*23*  32:*1*
Specifically  14:*5*
spelled  26:*2*
spelling  19:*24*
SPI  16:*5*
stability  29:*8*  31:*24*
Staff  7:*8*  32:*24*
stage  23:*14*  28:*5*, *16*
 29:*12*
stages  15:*20*, *23*
start  16:*17*
started  3:*8*  30:*12*
state  5:*6*  6:*2*, *7*, *8*, *9*
 8:*21*  10:*6*  13:*6*
STATED  2:*1*  23:*11*
statement  13:*15*
 14:*12*, *13*
statements  9:*21*  13:*2*
 16:*20*  29:*18*  33:*7*, *9*
STATES  1:*1*  10:*11*
status  14:*25*
stay  15:*25*
staying  25:*4*
step  15:*4*  21:*4*
steps  18:*21*  29:*9*
stick  29:*5*, *12*
stipulation  27:*17*
 28:*13*
STREET  1:*18*
STUDENY  8:*9*
 26:*20*, *22*
stuff  22:*6*

subject  28:*24*  31:*13*,
*21*
submit  18:*16*
subsidiary  24:*4*
supplement  32:*4*
supplemental  31:*10*
Sure  9:*14*  13:*10*
 21:*1*  25:*7*, *10*  26:*1*,
*20*
surgeons  22:*4*
swear  9:*15*
System  12:*3*, *4*, *13*
systems  15:*19*  24:*4*,
*15*  26:*21*

< T >
take  9:*10*, *23*  13:*9*
 18:*21*
talk  22:*17*  23:*3*
talking  6:*3*
TAUBENFELD  8:*15*
 27:*2*, *3*, *8*, *16*  28:*9*, *20*
 29:*14*, *19*
tax  10:*24*  12:*20*
 17:*7*, *13*
taxes  10:*21*  17:*4*
Teachers  7:*25*
team  3:*12*  12:*14*
 14:*2*  18:*6*
terms  31:*1*
testifying  3:*23*
testimony  9:*16*
TEXAS  1:*2*, *19*
TFP  5:*9*
Thank  5:*12*, *24*  6:*6*
 7:*17*  13:*19*  14:*23*
 16:*8*, *12*  17:*15*  18:*23*
 19:*20*, *22*  21:*17*, *20*,
*21*  22:*19*, *21*, *24*  23:*1*,
*17*, *19*, *20*  24:*9*, *22*, *23*,
*25*  25:*3*  26:*3*, *6*, *17*,
*18*, *23*, *25*  27:*3*  29:*19*,
*23*  30:*1*, *15*  32:*14*, *20*
 33:*5*, *10*, *11*, *17*, *18*, *19*
Thanks  21:*15*  26:*16*
 29:*20*, *21*, *24*
Thermo  8:*10*
think  11:*16*  15:*4*
 18:*18*  19:*2*  27:*11*, *12*

28:*5*, *21*, *22*, *23*   29:*5*, *12*   31:*11*   32:*11*
**thrown**  19:*16*
**tied**  32:*1*
**time**  6:*23*   7:*13*   8:*22*   9:*11*, *12*   11:*13*, *25*   18:*20*   22:*23*   26:*10*, *18*, *23*   29:*23*   30:*21*   31:*4*   33:*9*
**timeline**  29:*6*   31:*1*
**timing**  18:*17*
**today**  3:*23*   33:*12*
**tools**  14:*8*
**Training**  5:*10*
**tranches**  28:*12*
**transaction**  14:*6*   15:*21*
**transactions**  13:*22*   14:*4*   28:*8*, *17*
**TRANSCRIPT**  2:*1*, *4*   34:*1*
**transition**  16:*3*   26:*13*
**Travel**  8:*20*
**Trey**  9:*5*   30:*2*, *3*
**Trust**  5:*14*
**TRUSTEE**  1:*17*, *18*   3:*2*, *22*   4:*2*, *6*, *17*, *23*   5:*1*, *4*, *6*, *12*, *17*, *20*, *24*   6:*6*, *12*, *16*, *21*   7:*12*, *17*   8:*21*, *24*   9:*4*, *8*, *15*, *19*   10:*13*, *16*, *19*, *21*, *23*   11:*2*, *20*   12:*2*, *16*, *19*   13:*1*, *10*, *12*, *18*   14:*11*, *23*   15:*5*   16:*8*, *12*   17:*2*, *14*   20:*2*, *4*   21:*11*, *17*, *20*, *22*, *25*   22:*21*, *24*   23:*18*, *20*   24:*1*, *23*   25:*2*   26:*6*, *17*, *20*, *24*   27:*2*, *6*, *10*   28:*19*   29:*21*, *24*   30:*2*, *17*   32:*15*, *19*   33:*6*, *11*
**truth**  9:*16*
**try**  13:*9*   14:*21*   16:*15*
**Tucker**  8:*10*
**Turning**  11:*20*   20:*6*
**two**  20:*20*   25:*7*   27:*16*   31:*19*
**typing**  6:*5*

**< U >**

**U.S**  1:*17*, *18*   3:*2*, *22*   4:*2*, *6*, *17*, *23*   5:*1*, *4*, *6*, *12*, *17*, *20*, *24*   6:*6*, *12*, *16*, *21*   7:*10*, *12*, *15*, *17*, *19*, *21*   8:*21*, *24*   9:*4*, *8*, *15*, *19*   10:*13*, *16*, *19*, *21*, *23*   11:*2*, *20*   12:*2*, *16*, *19*   13:*1*, *10*, *12*, *18*   14:*11*, *23*   15:*5*   16:*8*, *12*   17:*2*, *14*   20:*2*, *4*   21:*11*, *17*, *20*, *22*, *25*   22:*21*, *24*   23:*18*, *20*   24:*1*, *23*   25:*2*   26:*6*, *17*, *20*, *24*   27:*2*, *6*, *10*   28:*19*   29:*21*, *24*   30:*2*, *17*   32:*15*, *19*   33:*6*, *11*
**Uh**  4:*13*
**Uh-huh**  25:*22*
**ultimate**  31:*13*
**ultimately**  13:*23*   14:*1*
**understand**  10:*23*   11:*23*   12:*9*   16:*19*   20:*16*   21:*15*
**understanding**  10:*3*   16:*10*
**Unfortunately**  28:*15*
**UNIDENTIFIED**  6:*3*   8:*25*   33:*18*, *19*
**unions**  7:*25*
**UNITED**  1:*1*
**unplanned**  13:*25*
**unsecured**  4:*11*, *21*   5:*10*   6:*22*   8:*8*, *11*, *13*, *20*   18:*25*   28:*12*, *14*
**unusual**  19:*24*
**update**  14:*25*
**updates**  16:*7*
**Upper**  7:*4*

**< V >**

**various**  20:*17*
**vendor**  22:*7*, *15*   25:*4*, *9*
**vendors**  22:*6*, *12*
**verify**  13:*14*   19:*3*   24:*3*
**VERONICA**  1:*22*   3:*11*   29:*16*
**versus**  31:*25*

**VIZZARENY**  7:*20*   24:*12*, *13*, *22*
**VMS**  8:*4*

**< W >**

**wages**  32:*25*   33:*3*
**waited**  21:*13*
**waiting**  21:*8*
**WALLICE**  1:*21*   3:*11*, *24*, *25*   4:*3*   13:*8*, *18*, *19*   15:*2*, *6*   17:*24*, *25*   18:*3*   19:*7*, *18*, *19*, *23*   21:*1*, *4*   22:*13*   23:*13*   24:*6*, *7*, *19*   25:*7*, *11*, *15*, *19*, *22*, *24*   26:*1*, *5*, *11*, *12*   27:*14*   28:*1*, *15*, *25*   30:*7*, *11*, *16*   31:*6*   32:*6*, *13*   33:*2*, *7*
**W-A-L-L-I-C-E**  20:*1*
**WALTERS**  7:*6*   23:*21*
**Wanda**  7:*18*   23:*24*
**want**  3:*8*   9:*23*   14:*14*, *17*   15:*3*   17:*7*, *9*   19:*25*   20:*10*, *19*, *25*   21:*1*   22:*15*   24:*3*   29:*11*   30:*7*, *24*
**wanted**  29:*2*, *17*   31:*7*
**wanting**  20:*24*
**Waterbury**  9:*3*
**way**  24:*17*
**ways**  24:*14*
**website**  18:*11*   19:*10*, *11*
**week**  11:*3*   15:*7*, *14*, *16*   32:*7*
**welcome**  19:*23*
**well**  3:*21*   11:*9*, *11*   13:*22*   14:*6*   16:*5*   28:*4*
**WELLS**  3:*16*, *17*
**We're**  4:*14*, *19*, *20*, *21*   6:*4*   12:*11*   16:*23*   18:*18*   19:*2*   20:*19*   23:*14*
**We've**  12:*7*
**wild**  28:*10*
**wondering**  23:*7*   32:*24*

**work**  8:*1*   14:*3*   15:*11*   16:*2*, *5*   17:*21*   25:*9*
**Workers**  32:*21*
**working**  12:*11*, *15*, *18*   26:*12*
**works**  13:*16*
**written**  24:*14*
**WYNAN**  6:*11*

**< Y >**

**y'all**  23:*3*
**Yeah**  10:*9*   11:*16*   12:*11*   13:*11*   16:*17*   24:*12*   27:*14*
**YORK**  1:*23*
**YOUNG**  1:*17*   3:*25*   5:*16*

**< Z >**

**ZIEGLER**  1:*17*