Exhibit D

CONFIDENTIAL
Bill Aseltyne – December 17, 2024

```
 1    SUPERIOR COURT JUDICIAL DISTRICT OF HARTFORD
      AT HARTFORD
 2    _____
                                              )
 3    YALE NEW HAVEN HEALTH SERVICES          )
      CORPORATION,                            )
 4              Plaintiffs,                   )
           v.                                 )
 5    PROSPECT MEDICAL HOLDINGS, INC.,        )
      PROSPECT CT, INC., PROSPECT ECHN,       )
 6    INC. D/B/A EASTERN CONNECTICUT HEALTH   )
      NETWORK, PROSPECT ROCKVILLE HOSPITAL    )
 7    D/B/A THE ROCKVILLE GENERAL HOSPITAL    )
      PROSPECT MANCHESTER HOSPITAL, INC.      )
 8    D/B/A THE MANCHESTER MEMORIAL           )   Docket No:
      HOSPITAL, PROSPECT WATERBURY, INC.      )   HHD-CV24-6184328-S
 9    D/B/A THE WATERBURY HOSPITAL, PROSPECT  )
      CT MEDICAL FOUNDATION, INC. D/B/A       )
10    EASTERN CT MEDICAL PROFESSIONALS AND    )
      ALLIANCE MEDICAL GROUP, PROSPECT ECHN   )
11    HOME HEALTH, INC. D/B/A VISITING        )
      NURSE AND HEALTH SERVICES OF            )
12    CONNECTICUT, CARDIOLOGY ASSOCIATES OF   )
      GREATER WATERBURY, LLC, PROSPECT CT     )
13    MANAGEMENT SERVICES, INC. D/B/A         )
      MEDICAL PRACTICE PARTNERS, HEALTHCARE   )
14    STAFFING ON DEMAND, LLC, PROSPECT       )
      WATERBURY AMBULATORY SURGERY, LLC       )
15    AND PROSPECT WATERBURY HOME HEALTH,     )
      INC. D/B/A VNA HEALTH AT HOME,          )
16              Defendants.                   )
      _____)
17

18

19

20                ***CONFIDENTIAL***

21

22

23           VIDEO-RECORDED DEPOSITION OF

24                 BILL ASELTYNE

25             December 17, 2024
```

CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 2

```
1

2

3

4

5

6

7

8          VIDEO-RECORDED DEPOSITION of BILL ASELTYNE,

9    taken by Defendants at 30 Rockefeller Center, New

10   York, New York, on Tuesday, December 17, 2024,

11   commencing at 10:00 a.m., before Pamela Grimaldi, a

12   Registered Merit Reporter, Certified Realtime

13   Reporter, and Notary Public within and for the State

14   of New York.

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 3

```
 1     A P P E A R A N C E S :

 2

 3           CRAVATH, SWAINE & MOORE LLP
                   Attorneys for Plaintiff
 4                 2 Manhattan West
                   375 9th Avenue
 5                 New York, New York  10001
                   212.474.1000
 6
             BY:  MICHAEL PASKIN, ESQ.
 7                 mpaskin@cravath.com
                         - and -
 8                 MELISSA SYRING, ESQ.
                   msyring@cravath.com
 9

10

11           SHEPPARD, MULLIN, RICHTER & HAMPTON
                   Attorneys for Defendants
12                 30 Rockefeller Plaza
                   New York, New York  10112
                   212.653.8700
13
             BY:  JOSHUA SCHLENGER, ESQ.
14                 jschlenger@sheppardmullin.com
                         - and -
15                 NINA ORTEZA, ESQ.
                   norteza@sheppardmullin.com
16

17

18           BERSHTEIN VOLPE & McKEON, PC
                   Attorneys for Defendants
19                 900 Chapel Street, 11th Floor
                   New Haven, Connecticut  06510
20                 203.777.5800

21           BY:  TYLER PERUTA, ESQ. (by Zoom)
                   tsp@bmvlaw.com
22                       - and -
                   AMY P. BLUME, ESQ. (by Zoom)
23                 apb@bmvlaw.com

24

25
```

CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 4

```
 1      A P P E A R A N C E S:
           (CONTINUED)
 2
                   WIGGIN AND DANA
 3                     Attorneys for Defendants
                       One Century Tower
 4                     265 Church Street
                       New Haven, Connecticut  06510
 5                     203.498.4400

 6              BY:  JAMES O. CRAVEN, ESQ.  (by Zoom)
                     jcraven@wiggin.com
 7

 8

 9      A L S O   P R E S E N T:

10              Richard Morales, Video Specialist

11

12                     * * * * *

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 274



CONFIDENTIAL
Bill Aseltyne - December 17, 2024

CONFIDENTIAL
Bill Aseltyne - December 17, 2024

CONFIDENTIAL
Bill Aseltyne — December 17, 2024

CONFIDENTIAL
Bill Aseltyne — December 17, 2024

Page 278



CONFIDENTIAL
Bill Aseltyne - December 17, 2024



CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 280



CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 281



CONFIDENTIAL
Bill Aseltyne - December 17, 2024



CONFIDENTIAL
Bill Aseltyne - December 17, 2024

CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 284



CONFIDENTIAL
Bill Aseltyne - December 17, 2024

Page 285



CONFIDENTIAL
Bill Aseltyne - December 17, 2024



CONFIDENTIAL
Bill Aseltyne — December 17, 2024

Page 337

1                          C A P T I O N

2

3       The Deposition of BILL ASELTYNE, taken in the

4       matter, on the date, and at the time and place set

5       out on the title page hereof.

6

7

8       It was requested that the deposition be taken by

9       the reporter and that same be reduced to

10      typewritten form.

11

12

13      It was agreed by and between counsel and the

14      parties that the Deponent will read and sign the

15      transcript of said deposition.

16

17

18

19

20

21

22

23

24

25