UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YALE NEW HAVEN HEALTH SERVICES CORPORATION,<br><br>         *Plaintiff*,<br><br>  v.<br><br>PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CT, INC., PROSPECT ECHN, INC. D/B/A EASTERN CONNECTICUT HEALTH NETWORK, PROSPECT ROCKVILLE HOSPITAL, INC. D/B/A THE ROCKVILLE GENERAL HOSPITAL, PROSPECT MANCHESTER HOSPITAL, INC. D/B/A THE MANCHESTER MEMORIAL HOSPITAL, PROSPECT WATERBURY, INC. D/B/A THE WATERBURY HOSPITAL, PROSPECT CT MEDICAL FOUNDATION, INC. D/B/A EASTERN CT MEDICAL PROFESSIONALS AND ALLIANCE MEDICAL GROUP, PROSPECT ECHN HOME HEALTH, INC. D/B/A VISITING NURSE AND HEALTH SERVICES OF CONNECTICUT, CARDIOLOGY ASSOCIATES OF GREATER WATERBURY, LLC, PROSPECT CT MANAGEMENT SERVICES, INC. D/B/A MEDICAL PRACTICE PARTNERS, HEALTHCARE STAFFING ON DEMAND, LLC, PROSPECT WATERBURY AMBULATORY SURGERY, LLC AND PROSPECT WATERBURY HOME HEALTH, INC. D/B/A VNA HEALTH AT HOME,<br><br>         *Defendants*. | No. 3:25-cv-00105-MPS<br><br><br><br><br><br><br><br><br><br><br><br>March 4, 2025 |

**PLAINTIFF'S MOTION TO SEAL UNREDACTED REPLY MEMORANDUM
OF LAW IN FURTHER SUPPORT OF MOTION FOR ABSTENTION
<u>AND EQUITABLE REMAND</u>**

Pursuant to the District of Connecticut Local Rule 5(e) and this Court's Standing Protective Order, entered in the above-captioned action on January 22, 2025 (ECF No. 8), Plaintiff Yale New Haven Health Services Corporation ("YNHH"), respectfully submits this motion for sealing, (the "Motion to Seal"), of: (1) select portions of Plaintiff's Reply Memorandum of Law in Further Support of its Motion for Abstention and Equitable Remand, dated March 4, 2025 (the "Remand Reply"); (2) Exhibit D to the Declaration of Kim E. Rinehart in Support of Plaintiff's Reply Memorandum of Law in Further Support of its Motion for Abstention and Equitable Remand, dated March 4, 2025 (the "Reply Declaration"); (3) select portions of Plaintiff's Memorandum of Law in Support of the Motion to Seal, dated March 4, 2025 (the "Sealing Memorandum"); and (4) Exhibit A to the Declaration of Kim E. Rinehart in Support of Plaintiff's Motion to Seal, dated March 4, 2025 (the "Sealing Declaration").

Pursuant to Local Rule 5(e)(4)(a), YNHH has filed redacted versions of the Remand Reply, Exhibit D to the Reply Declaration, the Sealing Memorandum and Exhibit A to the Sealing Declaration and will file unredacted versions of these documents (with proposed redacted text highlighted) as sealed documents following the filing of this sealing motion.

As set forth in the Sealing Memorandum filed with this motion, YNHH moves to seal portions of the Remand Reply and Exhibit D to the Reply Declaration which include the deposition testimony of YNHH's Chief Legal and Administrative Officer, William J. Aseltyne, regarding settlement negotiations between YNHH and Defendants. That deposition testimony has been designated as confidential by YNHH

pursuant to the Protective Order entered by the Connecticut Superior Court prior to Defendants' removal of this action to this Court.

    Respectfully submitted,

    PLAINTIFF YALE NEW HAVEN HEALTH SERVICES CORPORATION,

    By:   /s/ *Kim E. Rinehart*
         Kim E. Rinehart (ct24427)
         WIGGIN and DANA LLP
         265 Church Street
         P.O. Box 1832
         New Haven, CT 06508
         (203) 498-4400
         (203) 782-2889 (fax)
         krinehart@wiggin.com

         OF COUNSEL:
         Daniel Slifkin*
         Michael A. Paskin*
         CRAVATH, SWAINE & MOORE LLP
         Two Manhattan West
         375 Ninth Street
         New York, NY 10001
         (212) 474-1000
         dslifkin@cravath.com
         mpaskin@cravath.com
         (**Pro Hac Vice Forthcoming*)