# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| YALE NEW HAVEN HEALTH SERVICES CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CT, INC., PROSPECT ECHN, INC. D/B/A EASTERN CONNECTICUT HEALTH NETWORK, PROSPECT ROCKVILLE HOSPITAL, INC. D/B/A THE ROCKVILLE GENERAL HOSPITAL, PROSPECT MANCHESTER HOSPITAL, INC. D/B/A THE MANCHESTER MEMORIAL HOSPITAL, PROSPECT WATERBURY, INC. D/B/A THE WATERBURY HOSPITAL, PROSPECT CT MEDICAL FOUNDATION, INC. D/B/A EASTERN CT MEDICAL PROFESSIONALS AND ALLIANCE MEDICAL GROUP, PROSPECT ECHN HOME HEALTH, INC. D/B/A VISITING NURSE AND HEALTH SERVICES OF CONNECTICUT, CARDIOLOGY ASSOCIATES OF GREATER WATERBURY, LLC, PROSPECT CT MANAGEMENT SERVICES, INC. D/B/A MEDICAL PRACTICE PARTNERS, HEALTHCARE STAFFING ON DEMAND, LLC, PROSPECT WATERBURY AMBULATORY SURGERY, LLC AND PROSPECT WATERBURY HOME HEALTH, INC. D/B/A VNA HEALTH AT HOME,<br><br>*Defendants*. | No. 3:25-cv-00105-MPS<br><br><br><br><br><br><br><br><br><br><br><br>March 4, 2025 |

**DECLARATION OF KIM E. RINEHART IN SUPPORT OF PLAINTIFF'S MOTION TO SEAL UNREDACTED REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION FOR ABSTENTION <u>AND EQUITABLE REMAND</u>**

I, Kim E. Rinehart, hereby declare as follows:

1. I am a member in good standing of the Bar of the State of Connecticut.

2. I am a partner in the law firm of Wiggin and Dana LLP, which represents Plaintiff Yale New Haven Health Services Corporation ("YNHH") in the above-captioned matter.

3. I am familiar with the proceedings in this case and have personal knowledge of the facts set forth herein.

4. I submit this Declaration in support of YNHH's Motion to Seal Unredacted Reply Memorandum of Law in Further Support of Motion for Abstention and Equitable Remand.

5. Attached to this Declaration as **Exhibit A** is a true and complete copy of the ███████████████████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2025,
New Haven, Connecticut

Respectfully submitted,

PLAINTIFF YALE NEW HAVEN HEALTH SERVICES CORPORATION,

By:   /s/ *Kim E. Rinehart*
Kim E. Rinehart (ct24427)
WIGGIN and DANA LLP
265 Church Street
P.O. Box 1832
New Haven, CT 06508
(203) 498-4400
(203) 782-2889 (fax)
krinehart@wiggin.com