**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

---------------------------------------- x

YALE NEW HAVEN HEALTH SERVICES CORPORATION,

        Plaintiff,

    v.

PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CT, INC., PROSPECT ECHN, INC. D/B/A EASTERN CONNECTICUT HEALTH NETWORK, PROSPECT ROCKVILLE HOSPITAL, D/B/A THE ROCKVILLE GENERAL HOSPITAL, PROSPECT MANCHESTER HOSPITAL, INC. D/B/A THE MANCHESTER MEMORIAL HOSPITAL, PROSPECT WATERBURY, INC. D/B/A THE WATERBURY HOSPITAL, PROSPECT CT MEDICAL FOUNDATION, INC. D/B/A EASTERN CT MEDICAL PROFESSIONALS AND ALLIANCE MEDICAL GROUP, PROSPECT ECHN HOME HEALTH, INC. D/B/A VISITING NURSE AND HEALTH SERVICES OF CONNECTICUT, CARDIOLOGY ASSOCIATES OF GREATER WATERBURY LLC, PROSPECT CT MANAGEMENT SERVICES, INC. D/B/A MEDICAL PRACTICE PARTNERS, HEALTHCARE STAFFING ON DEMAND LLC, PROSPECT WATERBURY AMBULATORY SURGERY, LLC AND PROSPECT WATERBURY HOME HEALTH, INC. D/B/A VNA HEALTH AT HOME,

        Defendants.

---------------------------------------- x

Case No.: 3:25-cv-00105

Honorable Michael P. Shea

March 21, 2025

**DEFENDANTS' REPLY MEMORANDUM IN RESPONSE TO PLAINTIFF'S MEMORANDUM OF LAW IN RESPONSE TO DEFENDANTS' MOTION TO SEAL DOCUMENTS**

-1-

Pursuant to District of Connecticut Local Rule 5(e) ("Local Rule 5(e)"), Defendants Prospect Medical Holdings, Inc., Prospect CT, Inc., Prospect ECHN, Inc. d/b/a Eastern Connecticut Health Network, Prospect Rockville Hospital, Inc. d/b/a The Rockville General Hospital, Prospect Manchester Hospital, Inc. d/b/a The Manchester Memorial Hospital, Prospect Waterbury, Inc. d/b/a The Waterbury Hospital, Prospect CT Medical Foundation, Inc. d/b/a Eastern CT Medical Professionals and Alliance Medical Group, Prospect ECHN Home Health, Inc. d/b/a Visiting Nurse and Health Services of Connecticut, Cardiology Associates of Greater Waterbury, LLC, Prospect CT Management Services, Inc. d/b/a Medical Practice Partners, Healthcare Staffing On Demand, LLC, Prospect Waterbury Ambulatory Surgery, LLC, and Prospect Waterbury Home Health, Inc. d/b/a VNA Health at Home (collectively, "Defendants" or "Prospect"), respectfully submit this reply memorandum in response to Plaintiff Yale New Haven Health Services Corporation's ("Plaintiff" or "Yale") *Memorandum of Law in Response to Defendants' Motion to Seal Documents* (ECF Doc. Nos. 39, 40) (the "Yale Response").

As Prospect noted in its *Motion to Seal Documents* (ECF Doc. No. 26), the onus for demonstrating that the discrete deposition testimony in question merits sealing under Local Rule 5(e) or Second Circuit precedent lies with Yale, which designated the testimony as "Confidential" during discovery. By Order dated February 24, 2025, this Court directed Yale to, by March 7, 2025, "file a response to the [26] Motion to Seal explaining why the deposition transcript discussed in that motion warrants sealing." (ECF No. 31.) In response, Yale filed the Yale Response.

The Yale Response, however, does not furnish adequate grounds for sealing the deposition testimony in question. For the reasons set forth in Prospect's opposition to Yale's separate motion to seal (ECF Doc. Nos. 44, 45) (which Prospect incorporates into this reply in full by reference), Prospect respectfully submits that the deposition testimony in question does not qualify for sealing

under Local Rule 5(e) or Second Circuit precedent, and that Yale's request to seal the subject materials should be denied.

                                      Respectfully submitted, !

                                      By: */s/ Robert S. Friedman*
Robert S. Friedman (ct31256)
Danielle Vrabie (*pro hac vice* application forthcoming)
Joshua I. Schlenger (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112-0015
(212) 653-8700
rfriedman@sheppardmullin.com
dvrabie@sheppardmullin.com
    jschlenger@sheppardmullin.com

Amy P. Blume, Esq.
Bershtein, Volpe, & McKeon, PC 900 Chapel Street, 11th Floor New Haven, CT 06510
Juris # ct03821
Tel. # (203) 777-5800
apb@bvmlaw.com

*Counsel for Defendants*